FILED
2023 Nov-07 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

FILED

2023 NOV -7  A 9: 18

U.S. DISTRICT COURT
N.D. OF ALABAMA

|  |  |  |
|---|---|---|
| **DAMEION RASHAD KENNEDY** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 2:23cv1510·NAD |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.; TRANSUNION** | ) | **JURY TRIAL** ☒ **Yes** ☐ **No** |
| **EQUIFAX INFORMATION SERVICES, LLC.** | ) | |
| | ) | |
| *Defendants* | ) | |

## COMPLAINT FOR VIOLATIONS OF THE FCRA

## JURISDICTION

1. This court has jurisdiction under 15 U.S.C § 1681 p and 28 U.S.C § 1331.

2. All conditions precedent to the bringing of this action have been performed.

## PARTIES

3. The Plaintiff in this lawsuit is Dameion Rashad Kennedy, a natural person, who resides in the state of Alabama, Jefferson County.

4. Defendant Experian Information Solutions, Inc. (Experian) is a Consumer Reporting Agency with corporate offices at 475 Anton, Blvd., Costa Mesa, CA 92626.

5. Defendant Equifax, Inc. (Equifax) is a Consumer Reporting Agency with corporate offices at 1550 Peachtree Street NE, Atlanta, GA 30309.

6. Defendant Trans Union, LLC. (Trans Union) is a Consumer Reporting Agency with corporate

offices at 555 W. Adams Street Chicago, IL 60661.

## VENUE

7.  The occurrences which give rise to this action occurred in Jefferson County, Alabama and

    Plaintiff resides in Jefferson County, Alabama.

8.  Venue is proper in the Northern District of Alabama.

## GENERAL ALLEGIATIONS

9.  Plaintiff made a written request on July 5th 2023 sent by certified mail for a copy of his **full**

    **consumer file disclosure** which was received by Experian on July 8th 2023. See Exhibit 1

    attached.

10. In response to his very specific request for his **full consumer file disclosure,**

    Plaintiff received a copy of his credit report which was not responsive to his request.

    See Exhibit 3.

11. Plaintiff made a written request on July 5th 2023 sent by certified mail for a copy of his **full**

    **consumer file disclosure** which was received by Equifax on July 7th 2023. See Exhibit 1

    attached.

12. In response to his very specific request for his **full consumer file disclosure,** Plaintiff received

    a letter and copy of his credit report which was not responsive to his request. See Exhibit 3

    attached.

13. Plaintiff made a written request on July 5th 2023 sent by certified mail for a copy of his **full**

    **consumer file disclosure** which was received by Trans Union on July 12th 2023. See Exhibit 1

    attached.

14. In response to his very specific request for his **full consumer file disclosure**, Plaintiff received a letter and copy of his credit report which was not responsive to his request. See Exhibit 3 attached.

15. Plaintiff, in making the exact same request of each of the Defendants, specified in great detail exactly what specific actions of the Fair Credit Reporting Act (FCRA) requires each Defendant to provide a **full consumer file disclosure** at least once a year at no charge when a request is made by a consumer. See Exhibit 1 attached.

16. Plaintiff's request for a **full consumer file disclosure** from each Defendant was the first request for a disclosure within 12 months and identification in the form of a copy of his social security card and current state driver's license was attached to each request for identification.

17. After receiving a response from each Defendant that did not comply with the request made, Plaintiff made a second and final request for a **full consumer file disclosure** pursuant to the FCRA of each defendant. See Exhibit 2 attached. A copy of the initial letter was sent with the second request for clarification along with identification in the form of a copy of Plaintiff's social security card and driver's license.

18. At no time did Plaintiff make any request for a credit report from the Defendants but instead was very specific in requesting a **full consumer file disclosure** pursuant to 15 U.S.C. § 1681 g (a)(1) as outlined in the initial request.

19. In response to Plaintiff's second request for a **full consumer file disclosure** to Experian he received nothing, which was not responsive to his request as required by 15 U.S.C. § 1681 g (a) (1).

20. In response to Plaintiff's second request for a **full consumer file disclosure** to Equifax he received a letter and a copy of his credit report which was not responsive to his request as required by 15 U.S.C. § 1681g (a) (1). See Exhibit 4 attached.

21. In response to Plaintiff's second request for a **full consumer file disclosure** to Trans Union he received a letter and copy of his credit report which was not responsive to his request. 15 U.S.C. § 1681g (a) (1). See Exhibit 4 attached.

22. Upon information and belief there is substantial information relating to the Plaintiff that is contained in all Defendants' files that has not been disclosed to him including, but not limited to, information that was previously shown in his credit reports and additional information that is provided to prospective creditors, insurers, or employers who request information on Plaintiff that Plaintiff has never seen or is aware of.

23. Upon information and belief the information that is not disclosed to Plaintiff contains negative codes among other things that are provided to prospective creditors, insurers, or employer would view the Plaintiff in terms of granting credit, rating insurance policies or providing employment.

24. This undisclosed information has never been provided to Plaintiff even when it was requested so he could examine it for accuracy. It could be blatantly false or at the least misleading and without disclosure by the Defendants he would not have the opportunity to dispute the accuracy or veracity of it which he is legally entitled to do under the law. Disclosure of false or misleading information to prospective creditors, insurers, or employers that Plaintiff knows nothing about could paint a false light where he could be denied credit or employment or pay higher interest rates on credit if it was granted and higher premiums for insurance harming him

substantially.

25.  Upon information and belief Defendants have far more information relating to Plaintiff in their files and databases including archived information that Plaintiff has never had access to or had the opportunity to review for accuracy that is provided to others when they make a request for his file. This information has been properly requested by Plaintiff multiple times and is required to be disclosed under 15 U.S.C. § 1681 g (a) (1) when a proper request is made by a consumer. The Defendants have **repeatedly refused** to provide Plaintiff with his **full consumer file disclosure** after multiple requests. His requests were very specific in nature and could not possibly be misconstrued as a request for his credit report by Defendants.

26.  Because Plaintiff has not had access to that undisclosed information he has, therefore, had no opportunity to review it and dispute the accuracy of it if it is found to be false yet it is provided to potential creditors, insurers, and employers without his knowledge and purposely and illegally concealed from him.

27.  Upon information and belief when a report is provided by the Defendants to a potential creditor, insurer, or employer that information is provided in an encrypted format with instructions to the user that the consumer is NOT to be shown that information. There is no prohibition in the law that information obtained by a user can be provided to the consumer if a request for it is made yet instructions from the Defendants are to the contrary. Why?

28.  One can only surmise that there must be some nefarious reason why that information should not be provided to the consumer that is sent to the user in an encrypted format with instructions to the user to conceal it from the consumer. It obviously must contain information that the consumer has never seen and the consumer reporting agencies don't want him or her to see for some unknown reason. This is obviously not in concert with the mandate of full disclosure

clearly articulated in the FCRA in unambiguous plain language.

29. Plaintiff made multiple specific requests of each of the Defendants for a **full consumer file disclosure** as clearly stated in 15 U.S.C. § 1681 g (a) (1) and all Defendants have failed to comply with the requests and are therefore in violation of the FCRA.

30. The actions of all the Defendants occurred within the past 2 years and are within the Statute of Limitations under the FCRA.

## COUNT I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, WILLFUL NON-COMPLIANCE BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.

31. Paragraphs 1 through 29 are re-alleged as though full set forth herein.

32. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681 a (c).

33. Experian is a consumer reporting agency within the meaning of the FCRA, 15 U.S.C § 1681 a (f).

34. Experian repeatedly failed to comply with Plaintiff's multiple requests for a full consumer file disclosure pursuant to U.S.C. § 1681 g (a) (1):

WHEREFORE, Plaintiff demands judgment for damages against Experian for statutory damages of $1000.00, any attorney's fees, and all costs pursuant to 15 U.S.C § 1681n.

## COUNT II

## VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, WILLFUL NON-COMPLIANCE BY DEFENDANT TRANS UNION LLC

35. Paragraphs 1 through 29 are re-alleged as though fully set forth herein.

36. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C § 1681 a (c).

37. Trans Union is a consumer reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681 a (f).

38. Trans Union repeatedly failed to comply with Plaintiff's multiple requests for a full consumer file disclosure pursuant to 15 U.S.C. § 1681 g (a) (1).

   WHEREFORE, Plaintiff demands judgment for damages against Trans Union for statutory damages of $1000.00, any attorney's fees, and all costs pursuant to 15 U.S.C. 1681 n.

## COUNT III

## VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, WILLFUL NON-COMPLIANCE BY DEFENDANT EQUIFAX, INC.

39. Paragraphs 1 through 29 are re-alleged as though fully set forth herein.

40. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681 a (c).

41. Equifax is a consumer reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681 (a) (f).

42. Equifax repeatedly failed to comply with Plaintiff's multiple requests for a full consumer file disclosure pursuant to 15 U.S.C. § 1681 g (a) (1).

   WHEREFORE, Plaintiff demands judgment for damages against EQUIFAX INC. for statutory damages of $1000.00, any attorney fees, and all costs pursuant to 15 U.S.C. § 1681 n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: November 7th 2023

Respectfully Submitted,

Dameion Rashad Kennedy
P.O. Box 1545
Gardendale, AL 35071
dkennedy0191@gmail.com
205-718-5464

# EXHIBIT 1

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 |DOB 01/05/1991

*Copy*

Experian
P.O. Box 4500
Allen, TX 75013

7/5/2023

## Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1)

To Whom It May Concern

Please send me in writing ALL INFORMATION in my consumer file at Experian as of the date you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my social security number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681 g(a)(2), all source of information in my consumer file at Experian.
2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.
3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).
4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me.
5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Dameion R. Kennedy
Attached: Copy of my social security card and drivers' license is attached.
Sent USPS Certified Mail # 7022 2410 0002 3917 3016

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 [DOB 01/05/1991

*Copy*

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA  30374-0256

7/5/2023

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1)

To Whom It May Concern

Please send me in writing ALL INFORMATION in my consumer file at Equifax as of the date you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my social security number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681 g(a)(2), all source of information in my consumer file at Equifax.
2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Equifax.
3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).
4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Equifax used to adversely characterize me.
5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Equifax in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Equifax.

Thank you in advance for promptly satisfying this request.

*Dameion Kennedy*

Dameion R. Kennedy
Attached: Copy of my social security card and drivers' license is attached.
Sent USPS Certified Mail # 7022 2410 0002 3917 3023

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 |DOB 01/05/1991

Transunion
P.O. Box 2000
Chester, PA 19016-2000



7/5/2023

## <u>Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1)</u>

To Whom It May Concern

Please send me in writing ALL INFORMATION in my consumer file at Transunion as of the date you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my social security number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681 g(a)(2), all source of information in my consumer file at Transunion.
2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Transunion.
3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).
4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Transunion used to adversely characterize me.
5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Transunion in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Transunion.

Thank you in advance for promptly satisfying this request.

Dameion R. Kennedy
Attached: Copy of my social security card and drivers' license is attached.
Sent USPS Certified Mail # 7021 1970 0000 6131 8100

# EXHIBIT 2

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 | DOB 01/05/1991


Experian
P.O. Box 4500
Allen, TX 75013


7/17/2023


### Final Request Pursuant to 15 U.S. Code 1681g(a)(1)


To Whom It May Concern

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached.) Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. 1681g (a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* in a timely manner as required by the FCRA will be appropriate or accepted by me.


My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.


**Once again as this was provided with my initial request,** I am enclosing a copy of my driver's license and social security card for identification purposes. You are instructed to make the first five digits of my social security number in all writing you return to me.


Thank you in advance for promptly satisfying this request.

Dameion R. Kennedy


**Attached**: Copies of my social security card, driver's license, and the initial request letter are attached.
Sent USPS Express 1-Day EI 513 540 515 US

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 | DOB 01/05/1991

*Copy*

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA  30374-0256

7/17/2023

## <u>Final Request Pursuant to 15 U.S. Code 1681g(a)(1)</u>

To Whom It May Concern

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached.) Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. 1681g (a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* in a timely manner as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as this was provided with my initial request,** I am enclosing a copy of my driver's license and social security card for identification purposes. You are instructed to make the first five digits of my social security number in all writing you return to me.

Thank you in advance for promptly satisfying this request.

Dameion R. Kennedy

**<u>Attached</u>**: Copies of my social security card, driver's license, and the initial request letter are attached.
Sent USPS Express 1-Day EI 513 540 467 US

Dameion R. Kennedy
5821 Country Meadow Drive
Gardendale, AL 35071
SS# 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 | DOB 01/05/1991

*copy*

TransUnion
P.O. Box 2000
Chester, PA  19016-2000

8/14/2023

## <u>Final Request Pursuant to 15 U.S. Code 1681g(a)(1)</u>

To Whom It May Concern

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached.) Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. 1681g (a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* in a timely manner as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as this was provided with my initial request,** I am enclosing a copy of my driver's license and social security card for identification purposes and the initial request letter. You are instructed to mask the first five digits of my social security number in all writing you return to me.

Thank you in advance for promptly satisfying this request.

Dameion R. Kennedy

**<u>Attached</u>:** Copies of my social security card, driver's license, and the initial request letter are attached.
Sent USPS Express 1-Day EI 623 255 756

# EXHIBIT 3

PO Box 9701
Allen, TX 75013



0001766   02 MB 0.531 **AUTO  T1 0 7162 35071-225221   -C02-P01767-I
DAMEION KENNEDY
5821 COUNTRY MEADOW DRIVE
GARDENDALE AL 35071-2252



# Your Credit Report

Report # 3520-6234-47 for Jul 10, 2023



# Hi, Dameion. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

# What makes up your FICO® Score?*

### Payment History
*60% of your accounts always paid as agreed*

Payment history makes up to 35% of your score. This is the most important factor in your credit report.

*Even one missed or late payment can negatively impact your credit score.*

### Amount of Debt
*You have 98% revolving credit utilization*

Amount of Debt makes up 30% of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*



POOR
## 534
FICO® SCORE 8

### Credit History Length
*Your average account age is 2.9 years*

Credit History Length makes up 15% of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

### Amount of New Credit
*You have initiated 0 credit application(s) in the past year*

Amount of New Credit makes up to 10% of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

### Credit Mix
*Different types of accounts*

Credit Mix makes up 10% of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*



*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

# Credit Report Insights **(5)** Accounts total

This ... ...... ......... was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...

**👍 3**
ACCOUNTS PAID AS AGREED

**👍 60%**
OF ACCOUNTS PAID
AS AGREED



Good
Fair
Very Good
Poor
300-579
Exceptional

**534**

FICO ⬥ OR 8
Experian data July 10, 2023

300                                              850

Get more out of your score and report with a
free online account, visit experian.com/view.

## ⚠️ What May Be Hurting...

**⚠️ 2**
POTENTIALLY NEGATIVE ACCOUNTS

**⚠️ 40%**
OF POTENTIALLY
NEGATIVE ACCOUNTS

**⚠️ 0**
COLLECTIONS
ACCOUNTS

**⚠️ 98%**
REVOLVING CREDIT
UTILIZATION

**⚠️ 0**
BANKRUPTCIES

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.*

*Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

### Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost
by adding your utility and phone payment history
to your Experian credit file.



experian. | Boost.

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details.

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries
The FICO credit characteristic values provided in the boxes above may include special treatment logic that results in certain credit bureau report information being excluded from the calculation.






# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . 3

Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

# Payment History Legend

| Symbol | Meaning | Symbol | Meaning | Symbol | Meaning | Symbol | Meaning |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | | Past due 150 Days | VS | Voluntarily surrendered | DF | Defaulted on contract |
| | Past due 30 Days | | Past due 180 Days | R | Repossession | CO | Collection |
| | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| | Past due 90 Days | | Foreclosure proceedings started | IC | Insurance claim | CLS | Closed |
| | Past due 120 Days | | Foreclosure | CG | Claim filed with government | ND | No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

---

### ADS/COMENITY/KAY JEWELERS Partial Acct # 778850400890....
PO BOX 182120 COLUMBUS OH 43218; No phone # available

**Status (Jun 2023)** Open.

| | | |
|---|---|---|
| **Date opened**<br>Jul 2018 | **Terms**<br>Not reported | **Recent balance**<br>$1,311 as of Jun 2023 |
| **Address ID #**<br>0079076022 | **Monthly payment**<br>$46 | By Jan 2030, this account is scheduled to go to a positive status. |
| **Type**<br>Charge Card | **Credit limit or original amount**<br>$1,800 | |
| **Responsibility**<br>Individual | **High balance**<br>$1,650 | |
| | **Recent payment**<br>$143 as of 06/01/2023 | |

Payment history: Jul 2018 - Jun 2023

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | OK | OK | OK | OK | OK | OK | | | | | | |
| 2022 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | OK | OK | OK | OK | OK | OK |

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,421 | $1,345 | $1,282 | $1,296 | $1,311 | $1,325 | $1,410 | $1,427 | $1,441 | $1,458 | $1,474 | $1,493 | $1,535 | $1,575 |
| Date Payment Received | 03.03.23 | 03.03.23 | 03.03.23 | 01.31.23 | 12.31.22 | 11.30.22 | 05.26.22 | 04.28.22 | 04.01.22 | 03.04.22 | 02.03.22 | 01.02.22 | 11.30.21 | 11.01.21 |
| Scheduled Payment Amount | $50 | $48 | $45 | $45 | $45 | $47 | $50 | $51 | $51 | $52 | $53 | $53 | $80 | $80 |
| Actual Amount Paid | No Data | No Data | $46 | $46 | $47 | $47 | $51 | $51 | $52 | $53 | $53 | $80 | $80 | $85 |

| | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|
| Account Balance | $1,621 | $1,193 | $1,234 | $1,272 |
| Date Payment Received | 09.30.21 | 09.02.21 | 07.31.21 | 07.02.21 |
| Scheduled Payment Amount | $85 | $65 | $70 | $70 |
| Actual Amount Paid | $65 | $70 | $70 | $70 |

Between Jul 2021 and May 2023, your credit limit/high balance was $3,250.

Your Potentially Negative Account Activity (Continued)

---

**NAVY FEDERAL CR UNION** Partial Acct # 37955000955....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (May 2023)** Closed. $614 past due as of Jul 2023.

| | | |
|---|---|---|
| **Date opened** Jun 2021 | **Terms** Not reported | **Recent balance** $7,078 as of Jul 2023 |
| **Address ID #** 0079076022 | **Monthly payment** $91 | **Comment:** Account closed at credit grantor's request. |
| **Type** Credit card | **Credit limit or original amount** $7,000 | |
| **Responsibility** Individual | **High balance** $7,078 | |

Payment history: Jul 2021 - Jul 2023

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | OK | OK | OK | | | | | | | | | |
| 2022 | | | | | | 2022 In Good Standing | | | | | | |
| 2021 | | | | | | | OK | OK | OK | OK | OK | OK |



**Comment History**
Account closed at credit grantor's request.| Jun 2023 - May 2023

| | Jun23 | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $7,078 | $7,058 | $6,957 | $6,857 | $6,779 | $6,837 | $6,898 | $6,898 | $6,697 | $6,259 | $5,982 | $6,018 | $5,986 | $5,599 |
| Date Payment Received | 01.31.23 | 01.31.23 | 01.31.23 | 01.31.23 | 01.31.23 | 12.31.22 | 11.30.22 | 10.31.22 | 09.15.22 | 08.22.22 | 07.21.22 | 06.23.22 | 05.26.22 | 04.28.22 |
| Scheduled Payment Amount | $171 | $168 | $138 | $136 | $137 | $138 | $138 | $134 | $126 | $120 | $121 | $120 | $112 | $102 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $138 | $138 | $138 | $134 | $126 | $120 | $121 | $120 | $112 | $102 |

| | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $5,057 | $5,051 | $4,205 | $4,033 | $3,783 | $3,814 | $3,375 | $3,588 | $4,393 |
| Date Payment Received | 03.31.22 | 02.22.22 | 01.20.22 | 12.28.21 | 11.29.21 | 10.29.21 | 09.17.21 | 08.11.21 | No Data |
| Scheduled Payment Amount | $102 | $85 | $81 | $76 | $77 | $68 | $72 | $88 | $20 |
| Actual Amount Paid | $204 | $85 | $81 | $76 | $77 | $68 | $1,000 | $4,393 | No Data |

*Between Aug 2021 and Jun 2023, your credit limit/high balance was $7,000*

# 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # GD0Z....
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Sep 2022)** Paid, Closed/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Unsecured | **Date opened** Jul 2022 | **Address ID #** 0079076022 | **Credit limit or original amount** $550 | **Recent balance** Not reported |
| **Terms** 3 Months | **Monthly payment** Not reported | **High balance** Not reported | | |

| | | | **Responsibility** Individual This account is scheduled to continue on record until Sep 2032. |

| | Sep22 |
|---|---|
| Account Balance | $183 |
| Date Payment Received | 09.01.22 |
| Scheduled Payment Amount | $183 |
| Actual Amount Paid | $183 |

*The original amount of this account was $550*

---

**AMERICAS FIRST CRED UN** Partial Acct # 63147....
1200 4TH AVE N BIRMINGHAM AL 35203; (205) 320 4000

**Status (Jun 2023)** Open/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Auto Loan | **Date opened** Sep 2019 | **Address ID #** 0079076022 | **Credit limit or original amount** $36,304 | **Recent balance** $19,965 as of Jun 2023 |
| **Terms** 75 Months | **Monthly payment** $555 | **High balance** Not reported | **Recent payment** $555 as of 06/01/2023 | **Responsibility** Joint with CHANEL MASON |

## Your Positive Account Activity (Continued)

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $20,412 | $20,412 | $21,316 | $21,316 | $21,771 | $22,211 | $22,603 | $23,048 | $23,048 | $23,519 | $23,980 | $24,451 | $24,822 | $24,822 |
| Date Payment Received | 04.29.23 | 04.29.23 | 02.28.23 | 02.28.23 | 01.31.23 | 12.29.22 | 11.09.22 | 09.30.22 | 09.30.22 | 08.31.22 | 07.29.22 | 06.30.22 | 04.29.22 | 04.29.22 |
| Scheduled Payment Amount | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 |
| Actual Amount Paid | No Data | $1,110 | No Data | $1,110 | $555 | $555 | $555 | $555 | No Data | $1,110 | $555 | $555 | No Data | $1,660 |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $25,290 | $26,184 | $26,184 | $27,095 | $27,095 | $27,518 | $27,949 | $28,375 | $28,792 |
| Date Payment Received | 03.31.22 | 01.31.22 | 01.31.22 | 11.30.21 | 11.30.21 | 10.29.21 | 09.30.21 | 08.31.21 | 07.30.21 |
| Scheduled Payment Amount | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 | $555 |
| Actual Amount Paid | $1,105 | $555 | $1,110 | No Data | $555 | $555 | $1,110 | $555 | $555 |

*The original amount of this account was $36,304.*

---

### BEST BUY/CBNA Partial Acct # 603535137294....
PO BOX 6497 SIOUX FALLS SD 57117; (888) 237 8289

**Status (Jun 2023)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Dec 2013 | 0079076022 | $1,050 | $882 as of Jun 2023 | Authorized user |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | $32 | $1,246 | | | |

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $997 | $964 | $912 | $920 | $932 | $942 | $952 | $964 | $922 | $934 | $959 | $985 | $1,011 | $1,020 |
| Date Payment Received | 05.01.23 | 03.03.23 | 03.03.23 | 01.31.23 | 12.31.22 | 11.30.22 | 11.01.22 | 10.04.22 | 08.31.22 | 07.29.22 | 06.30.22 | 06.01.22 | 04.30.22 | 04.01.22 |
| Scheduled Payment Amount | $75 | $33 | $33 | $31 | $34 | $34 | $34 | $34 | $36 | $32 | $34 | $35 | $34 | $34 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $747 | $797 | $847 | $897 | $924 | $951 | $942 | $971 | $1,000 |
| Date Payment Received | 02.28.22 | 01.31.22 | 01.02.22 | 11.30.21 | 11.01.21 | 09.30.21 | 09.01.21 | 07.30.21 | 07.01.21 |
| Scheduled Payment Amount | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 | $29 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Oct 2021 and May 2023, your credit limit/high balance was $1,050     Between Sep 2021 and Sep 2021, your credit limit/high balance was $1,500*
*Between Jul 2021 and Aug 2021, your credit limit/high balance was $1,000*

---

### GUILD MORTGAGE COMPANY Partial Acct # 744100....
5898 COPLEY DR SAN DIEGO CA 92111; (858) 560 6330

**Status (Jun 2023)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Mortgage | Sep 2020 | 0079076022 | $319,500 | $301,616 as of Jun 2023 | Joint with |
| **Terms** | **Monthly payment** | **High balance** | | | CHANEL MASON |
| 30 Years | $1,742 | Not reported | | | |
| | | | **Recent payment** | | |
| | | | $1,742 as of 06/01/2023 | | |

**Fannie Mae ID**
4021749721

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $302,198 | $302,778 | $303,356 | $303,934 | $304,509 | $305,083 | $305,655 | $306,227 | $306,797 | $307,365 | $307,932 | $308,497 | $309,061 | $309,623 |
| Date Payment Received | 05.09.23 | 04.17.23 | 03.07.23 | 02.08.23 | 01.05.23 | 12.07.22 | 11.07.22 | 10.10.22 | 09.09.22 | 08.11.22 | 07.07.22 | 06.05.22 | 05.04.22 | 04.14.22 |
| Scheduled Payment Amount | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 | $2,128 | $2,128 | $2,128 | $2,128 |
| Actual Amount Paid | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 | $2,128 | $2,128 | $2,128 | $2,128 |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $310,184 | $310,744 | $311,302 | $311,858 | $312,413 | $312,967 | $313,519 | $314,070 | $314,619 |
| Date Payment Received | 03.04.22 | 02.03.22 | 01.06.22 | 12.03.21 | 11.03.21 | 10.01.21 | 09.07.21 | 08.03.21 | 07.02.21 |
| Scheduled Payment Amount | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |
| Actual Amount Paid | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |

*The original amount of this account was $319,500.*

Your Positive Account Activity (Continued)

## NAVY FEDERAL CR UNION Partial Acct # 514022000925....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Nov 2022)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Oct 2021 | **Address ID #** 0079076022 |
| **Terms** Not reported | **Monthly payment** $434 | **High balance** $23,521 |

**Credit limit or original amount** $25,000
**Recent payment** $434 as of 11/15/2022

**Recent balance** Not reported

**Responsibility** Authorized user

**Comment History**
Account previously in dispute - investigation complete, reported by data furnisher| Feb 2022

| | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $21,658 | $20,221 | $19,499 | $19,691 | $19,842 | $19,655 | $19,441 | $18,159 | $16,601 | $17,191 | $15,128 | $5,501 |
| Date Payment Received | 09.30.22 | 09.01.22 | 07.29.22 | 06.30.22 | 06.01.22 | 05.02.22 | 03.31.22 | 02.28.22 | 01.31.22 | 01.03.22 | 11.30.21 | 11.09.21 |
| Scheduled Payment Amount | $405 | $390 | $394 | $397 | $394 | $389 | $364 | $333 | $344 | $303 | $111 | $31 |
| Actual Amount Paid | $405 | $390 | $394 | $397 | $394 | $389 | $364 | $333 | $344 | $303 | $111 | $50 |

*Between Nov 2021 and Oct 2022, your credit limit/high balance was $25,000*

## SYNCB/BELK Partial Acct # 604583153943....
PO BOX 965028 ORLANDO FL 32896; (800) 669 6550

**Status (Jun 2023)** Open/Never late.

| | | |
|---|---|---|
| **Type** Charge Card | **Date opened** Apr 2011 | **Address ID #** 0079076022 |
| **Terms** Not reported | **Monthly payment** $111 | **High balance** $2,315 |

**Credit limit or original amount** $2,330
**Recent payment** $100 as of 06/02/2023

**Recent balance** $2,315 as of Jun 2023

**Responsibility** Authorized user

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Feb 2023

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,290 | $2,261 | $2,149 | $2,131 | $2,123 | $2,108 | $1,992 | $1,952 | $1,949 | $1,938 | $1,927 | $1,914 | $1,904 | $1,890 |
| Date Payment Received | 05.02.23 | 03.05.23 | 03.05.23 | 02.01.23 | 01.01.23 | 12.01.22 | 11.02.22 | 10.05.22 | 09.01.22 | 07.31.22 | 07.01.22 | 06.02.22 | 05.02.22 | |
| Scheduled Payment Amount | $112 | $98 | $88 | $63 | $67 | $65 | $63 | $61 | $60 | $61 | $59 | $50 | $58 | |
| Actual Amount Paid | $68 | No Data | $63 | No Data | $65 | $63 | $61 | $60 | $61 | $61 | $60 | $50 | $58 | $61 |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,881 | $1,864 | $1,855 | $1,844 | $1,829 | $1,177 | $1,169 | $1,163 | $1,157 |
| Date Payment Received | 03.01.22 | 02.01.22 | 01.03.22 | 12.01.21 | 11.02.21 | 10.01.21 | 09.02.21 | 08.01.21 | 07.02.21 |
| Scheduled Payment Amount | $61 | $57 | $58 | $58 | $54 | $37 | $36 | $37 | $37 |
| Actual Amount Paid | $55 | $57 | $58 | $54 | $37 | $37 | $37 | $37 | $37 |

*Between May 2023 and May 2023, your credit limit/high balance was $2,330*     *Between Jul 2021 and Apr 2023, your credit limit/high balance was $4,800*

## SYNCB/JCPENNEY Partial Acct # 600889630937....
PO BOX 965007 ORLANDO FL 32896; (800) 542 0800

**Status (Jun 2023)** Open/Never late.

| | | |
|---|---|---|
| **Type** Charge Card | **Date opened** Jun 2004 | **Address ID #** 0079076022 |
| **Terms** Not reported | **Monthly payment** $30 | **High balance** $1,423 |

**Credit limit or original amount** $500
**Recent payment** $29 as of 06/02/2023

**Recent balance** $112 as of Jun 2023

**Responsibility** Authorized user

| | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $138 | $164 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 05.02.23 | 01.06.23 | 01.06.23 | 01.06.23 | 01.06.23 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 |
| Scheduled Payment Amount | $29 | $29 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | $29 | No Data | No Data | No Data | $13 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar22 | Feb22 | Jan22 | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 | 05.02.21 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Nov 2021 and May 2023, your credit limit/high balance was $500*     *Between Jul 2021 and Oct 2022, your credit limit/high balance was $1,400*

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773                                     **Jun 20, 2023**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2025.

**ONEMAIN** No phone # available                                                              **Jun 15, 2023**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jul 2025.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 07.09.23 | 07.01.23 | 06.20.23 | 06.18.23 | 06.17.23 | 06.10.23 | 06.03.23 | 06.01.23 | 05.27.23 | 05.20.23 | 05.06.23 | 04.08.23 | 04.01.23 | 03.11.23 | 03.04.23 | 02.18.23 | 02.04.23 | 01.21.23 | 01.07.23 | 12.24.22 | 12.15.22 | 11.26.22 | 11.14.22 | 11.12.22 | 11.07.22 | 10.29.22 | 10.15.22 | 10.01.22 | 09.17.22 | 09.03.22 | 08.20.22 | 08.05.22 |

**EXPERIAN-CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.09.23 | 06.25.23 | 06.20.23 | 06.18.23 | 06.01.23 | 12.16.22 | 12.15.22 | 11.29.22 | 11.25.22 | 11.15.22 | 11.14.22 | 11.08.22 | 11.07.22 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 07.05.23 | 06.20.23 | 06.15.23 | 06.11.23 | 06.10.23 | 06.06.23 | 05.24.23 | 05.12.23 | 05.09.23 | 05.08.23 | 04.14.23 | 04.05.23 | 11.13.22 | 10.23.22 | 10.19.22 | 10.14.22 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 07.01.23 | 06.28.23 | 06.24.23 | 06.21.23 | 06.17.23 | 06.14.23 | 06.10.23 | 05.31.23 | 05.27.23 | 05.24.23 | 05.20.23 | 05.17.23 | 05.13.23 | 05.10.23 | 05.06.23 | 05.03.23 | 04.29.23 | 04.26.23 | 04.22.23 | 04.19.23 | 04.15.23 | 04.12.23 | 04.08.23 | 04.05.23 | 04.01.23 | 03.29.23 | 03.26.23 | 03.22.23 | 03.18.23 | 03.15.23 | 03.11.23 | 03.08.23 | 03.04.23 | 03.01.23 | 02.25.23 | 02.22.23 | 02.18.23 | 02.15.23 | 02.11.23 | 02.08.23 | 02.04.23 | 02.01.23 | 01.25.23 | 01.21.23 | 01.15.23 | 01.14.23 | 01.11.23 | 01.07.23 | 01.04.23 | 12.31.22 | 12.28.22 | 12.24.22 | 12.21.22 | 12.17.22 | 12.14.22 | 12.10.22 | 12.03.22 | 11.30.22 | 11.26.22 | 11.23.22 | 11.19.22 | 11.15.22 | 11.12.22 | 11.09.22 | 11.07.22 | 11.02.22 | 10.29.22 | 10.26.22 | 10.22.22 | 10.19.22 | 10.12.22 | 10.08.22 | 10.05.22 | 10.01.22 | 09.28.22 | 09.24.22 | 09.17.22 | 09.14.22 | 09.10.22 | 09.07.22 | 09.03.22 | 08.31.22 | 08.27.22 | 08.24.22 | 08.20.22 | 08.17.22 | 08.13.22 | 08.10.22 | 08.06.22 | 08.03.22 | 07.30.22 | 07.27.22 | 07.23.22 | 07.20.22 | 07.16.22 |

**COMENITY SERVICING LLC** PO BOX 182789 COLUMBUS OH 43218 No phone # available INQUIRY DATES: 06.26.23 |

**CLARITY/CCB/TLS/MKANLYTC** 3280 N UNIVERSITY AVE PROVO UT 84604 No phone # available INQUIRY DATES: 06.21.23 |

**CLARITY/CCB/TLS/MKANYLT/** PO BOX 16 ALLEN TX 75013 (866) 390 3118 INQUIRY DATES: 06.21.23 |

**CLARITY/CLEAR AIR LNDG-F** 1545 E STATE HWY 20 NICE CA 95464 No phone # available INQUIRY DATES: 06.20.23 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 06.20.23 | 06.15.23 | 05.08.23 | 02.03.23 | 02.01.23 |

**ECS SC PENTIUS ONLINE AU** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 06.20.23 |

**CLARITY/ASCENDLOANS/DEEP** 635 E HWY 2 UNIT U UPPER LAKE CA 95485 No phone # available INQUIRY DATES: 06.16.23 |

**CLARITY/ASCENDLOANS/DEEP** 635 E STATE HIGHWAY 20 UNIT U UPPER LAKE CA 95485 No phone # available INQUIRY DATES: 06.16.23 |

**CLARITY/ASCENDLOANS/DEEP** 635 E STATE HIGHWAY 20 UNIT U UPPER LAKE CA 95485 No phone # available INQUIRY DATES: 06.16.23 |

**CLARITY/BIRCH-NEXTLVL-TE** 205 LAKEVIEW DR SUITE 9 MINTO AK 99758 No phone # available INQUIRY DATES: 06.16.23 | 05.25.23 |

**CLARITY/BIRCH-TEKAMBI** 205 LAKEVIEW DR SUITE 9 MINTO AK 99758 No phone # available INQUIRY DATES: 06.16.23 | 05.25.23 |

**CLARITY/ORRICK-ATLAS-FAW** 13 E SOUTH FRONT STREET ORRICK MO 64077 No phone # available INQUIRY DATES: 06.16.23 |

**CLARITY/ORRICK-ATLAS-FAW** 13 E SOUTH FRONT STREET ORRICK MO 64077 No phone # available INQUIRY DATES: 06.16.23 |

**CLARITY/ORRICK-ATLAS-FAW** 13 E SOUTH FRONT STREET ORRICK MO 64077 No phone # available INQUIRY DATES: 06.16.23 |

### Who Has Viewed Your Consumer Information (Continued)

NAVY FEDERAL CR UNION 820 FOLLIN LN SE VIENNA VA 22180 No phone # available  INQUIRY DATES: 06.16.23 |

CLARITY SERVICES INC 15550 LIGHTWAVE DR CLEARWATER FL 33760 No phone # available  On behalf of CNU ONLINE HOLDINGS (114 for 30 INQUIRY DATES: 05.25.23 |

CLARITY/CNU ONLINE HOLDI 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 No phone # available  INQUIRY DATES: 05.25.23 |

CLARITY/NETCREDIT 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 No phone # available  INQUIRY DATES: 05.25.23 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 05.25.23 |

CREDIT BUREAU CONNECTION 575 E LOCUST AVE STE 103 FRESNO CA 93720 No phone # available  On behalf of AMPS/PREMIER FINANCING for 30 INQUIRY DATES: 05.17.23 |

REPUBLIC FINANCE LLC 7031 COMMERCE CIR STE 100 BATON ROUGE LA 70809 (800) 317 7662 INQUIRY DATES: 05.09.23 | 03.24.23 | 02.07.23 |

PROGRESSIVE INSURANCE 30440 LAKELAND BLVD WICKLIFFE OH 44092 No phone # available  INQUIRY DATES: 05.08.23 | 02.03.23 | 02.01.23 |

CITI CARDS PO BOX 6241 SIOUX FALLS SD 57117 (800) 950 5114  INQUIRY DATES: 04.14.23 | 03.10.23 | 02.13.23 | 01.13.23 | 12.16.22 | 11.10.22 | 10.14.22 | 09.16.22 | 08.12.22 |

DISCOVER FINANCIAL SVCS PO BOX 15157 WILMINGTON DE 19850 (800) 347 2683  INQUIRY DATES: 04.14.23 | 03.10.23 | 02.13.23 | 10.13.22 | 10.06.22 |

AMERICAS FIRST FCU 1200 4TH AVE N BIRMINGHAM AL 35203 (205) 320 4078  INQUIRY DATES: 04.12.23 |

LENDINGCLUB CORP 595 MARKET ST # 200 SAN FRANCISCO CA 94105 No phone # available  INQUIRY DATES: 04.04.23 | 12.15.22 | 11.25.22 | 11.07.22 |

SOFI BANK NA 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634  INQUIRY DATES: 03.23.23 |

AMERICAN EXPRESS PO BOX 981537 EL PASO TX 79998 (602) 537 8500  INQUIRY DATES: 03.10.23 | 12.08.22 | 11.10.22 |

DISCOVER FINANCIAL SERVI PO BOX 15157 WILMINGTON DE 19850 (800) 347 2683  INQUIRY DATES: 03.02.23 | 01.16.23 | 11.10.22 | 09.09.22 |

FIGURE 650 CALIFORNIA ST FL 2700 SAN FRANCISCO CA 94108 No phone # available  INQUIRY DATES: 01.12.23 | 12.09.22 | 10.26.22 | 09.09.22 |

CITIZENS BANK NA 770 LEGACY PL DEDHAM MA 02026 No phone # available  INQUIRY DATES: 12.26.22 |

JPMCB CARD PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117  INQUIRY DATES: 12.13.22 | 10.25.22 | 10.04.22 | 08.30.22 |

MARLETTE SERVICING LLC 3419 SILVERSIDE RD WILMINGTON DE 19810 No phone # available  INQUIRY DATES: 11.15.22 |

ML/AMERICAS FIRST FCU 1200 4TH AVE N BIRMINGHAM AL 35203 No phone # available  INQUIRY DATES: 11.01.22 |

LENDINGCLUB BANK NA 2701 N THANKSGIVING WAY #300 LEHI UT 84043 (888) 596 3157  INQUIRY DATES: 10.31.22 |

SOFI BANK NA 2750 E COTTONWOOD PKWY COTTONWOOD HEIGHTS UT 84121 (855) 456 7634  INQUIRY DATES: 10.31.22 |

FIS/LEGACY COMMUNITY FCU 100 CORPORATE RDG STE 200 BIRMINGHAM AL 35242 No phone # available  INQUIRY DATES: 10.21.22 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729  INQUIRY DATES: 10.07.22 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

### NAMES

| | |
|---|---|
| DAMEION KENNEDY | Name ID #: 9199 |
| DAMEION R KENNEDY | Name ID #: 6459 |
| DAMEION RASHAD KENNEDY | Name ID #: 3705 |
| DAMEION KENNADY | Name ID #: 22521 |
| DAMIEN KENNEDY | Name ID #: 28764 |
| DAMEION KENNEDY | Name ID #: 19328 |

### ADDRESSES

| | |
|---|---|
| 5821 COUNTRY MEADOW DR GARDENDALE AL 35071-2252 | Geo Code: 0-1170410-73-1000 Address ID #: 0079076022 Address Type: Single family |
| 4329 WINCHESTER HILLS DR BIRMINGHAM AL 35215-9600 | Geo Code: 0-1180300-73-1000 Address ID #: 0731401971 Address Type: Single family |

## Your Personal Information (Continued)

| | |
|---|---|
| 4505 AVENUE T<br>BIRMINGHAM AL 35208-4619 | Geo Code: 0-380240-73-1000<br>Address ID #: 0079428607 Address Type: Single family |
| 4505T AVENUE S<br>BIRMINGHAM AL 35208-4103 | Geo Code: 0-380240-73-1000<br>Address ID #: 0393316949 Address Type: Single family |
| 4505 T<br>BIRMINGHAM AL 35208- | Geo Code: 0-00- 0-<br>Address ID #: 0871487026 Address Type: Single family |
| 1212 MATTHEWS AVE<br>BESSEMER AL 35020-2136 | Geo Code: 0-1050010-73-1000<br>Address ID #: 0078913153 Address Type: Single family |

### SOCIAL SECURITY NUMBER VARIATIONS

None

### YEAR OF BIRTH

1991

### TELEPHONE NUMBERS

| | |
|---|---|
| 205 296-6491 | Cellular |
| 205 718-5464 | Cellular |

### SPOUSE OR CO-APPLICANT

CHANEL

### FORMER OR CURRENT EMPLOYERS

BDO INC

# How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

## CALL US

**(833) 796 8634**
M - F 9am - 5pm in your time zone.

## WRITE TO US

Experian, NCAC
PO BOX 9701
Allen, TX 75013

## GO ONLINE (for fastest results)

Visit experian.com/disputes

  

Dispute Online          Check Status
for faster results          Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

## A Summary of Your Rights Under the Fair Credit Reporting Act (Continued)

CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

ACCESS TO YOUR FILE IS LIMITED. A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE. You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

YOU MAY SEEK DAMAGES FROM VIOLATORS. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS. For more information, visit www.consumerfinance.gov/learnmore.

STATE RIGHTS INFORMATION. States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.

FEDERAL RIGHTS INFORMATION. For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

A credit score is a number that reflects your credit risk level, typically a higher number indicates lower risk. Using information from your personal credit report, a score is generated through a Statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score changes as the elements in your personal credit report change over time. For example, payment updates, opening a new account or closing an account could cause your score to fluctuate. The financial services industry uses many different scores so your FICO® Score may be different from the score used by a lender, depending on the scoring model that was used. FICO® Score is a registered trademark of Fair Isaac Corporation.

About your FICO® Score 8
Your FICO® Score 8 powered by Experian® Data is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850 with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors such as your annual salary and length of employment may also be considered by lenders when you apply for a loan.

What this means to you:
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.

P.O. Box 740241
Atlanta, GA 30374

July 9, 2023

*Rec'd  7/15/23*
*Not full file*
*disclosure.*



 To Start An Investigation, Please Visit Us At:
www.equifax.com/personal/disputes

000000113 FECE0000070923092056 01 000000 000221 011



DAMEION KENNEDY
5821 COUNTRY MEADOW DR
GARDENDALE, AL 35071-2252

00000113 00892 0001-011 DECE0000070923082059 01 0L 00000221

000000221-DISC

Page 1 of 22

3190541525-AZW-0c27010300000887-07082023

Rec'd 7/15/23



CREDIT FILE : July 08, 2023

Confirmation # 3190541525

Dear DAMEION KENNEDY:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

      **equifax.com/personal/disputes**

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

      **Equifax Information Services LLC**
      **P.O. Box 740241**
      **Atlanta, GA 30374**

***NOTE:  Sending the Research Request Form to any other address will delay the processing of your request.***

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score.  To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11.***

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

## State of Alabama - Notice to Consumers

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX



# EQUIFAX

## CREDIT FILE : July 08, 2023

### *Confirmation # 3190541525*

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: DAMEION KENNEDY
Social Security # XXX-XX-7306   Date of Birth: January 05, 1991
Current Address: 5821 COUNTRY MEADOW DR, Gardendale, AL 35071  Reported: 07/2023
Previous Address(es): 4329 WINCHESTER HILLS DR, BIRMINGHAM, AL 35215  Reported: 06/2023
1812 MATTHEWS AVE, BESSEMER, AL 35020  Reported: 10/2020
4625 AVENUE T, BIRMINGHAM, AL 35208  Reported: 04/2019

Please address all future correspondence to:


www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374


Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | | | |
|---|---|---|---|
| Account Number | - The Account number reported by credit grantor | Amount Past Due | - The Amount Past Due as of the Date Reported |
| Date Acct. Opened | - The Date that the credit grantor opened the account | Date of Last Paymnt | - The Date of Last Payment |
| High Credit | - The Highest Amount Charged | Actual Pay Amt | - The Actual Amount of Last Payment |
| Credit Limit | - The Highest Amount Permitted | Sched Pay Amt | - The Requested Amount of Last Payment |
| Terms Duration | - The Number of Installments or Payments | Date of 1st Delinquency | - The Date of First Delinquency |
| Terms Frequency | - The Scheduled Time Between Payments | Date of Last Actvty | - The Date of the Last Account Activity |
| Months Reviewed | - The Number of Months Reviewed | Date Maj Delq Rptd | - The Date the 1st Major Delinquency Was Reported |
| Activity Designator | - The Most Recent Account Activity | Charge Off Amt | - The Amount Charged Off by Creditor |
| Creditor Class | - The Type of Company Reporting The Account | Deferred Pay Date | - The 1st Payment Due Date for Deferred Loans |
| Date Reported | - Date of Last Reported Update | Balloon Pay Amt | - The Amount of Final(Balloon) Payment |
| Balance Amount | - The Total Amount Owed as of the Date Reported | Balloon Pay Date | - The Date of Final(Balloon) Payment |
| | | Date Closed | - The Date the Account was Closed |
| Status | - Condition of Account When Last Updated by Creditor  or Otherwise | | |

| ***Account History Status Code Descriptions*** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**AMERICAS FIRST CREDIT UNION    PO Box 11349 Birmingham AL 352021349 - 2053204000**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *4010 | | 09/16/2019 | $36,304 | | 75 Months | Monthly | | 45 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/30/2023 | $19,965 | | 06/2023 | $555 | $555 | | 06/2023 | | | | | | |



Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Auto; Fixed Rate;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | $20,412 | $555 | | 04/01/2023 | $36,304 | | | Auto | |
| 04/23 | $20,412 | $555 | $1,110 | 04/01/2023 | $36,304 | | | Auto | |
| 03/23 | $21,316 | $555 | | 02/01/2023 | $36,304 | | | Auto | |
| 02/23 | $21,316 | $555 | $1,110 | 02/01/2023 | $36,304 | | | Auto | |
| 01/23 | $21,771 | $555 | $555 | 01/01/2023 | $36,304 | | | Auto | |
| 12/22 | $22,211 | $555 | $555 | 12/01/2022 | $36,304 | | | Auto | |
| 11/22 | $22,603 | $555 | $555 | 11/01/2022 | $36,304 | | | Auto | |
| 10/22 | $23,048 | $555 | | 09/01/2022 | $36,304 | | | Auto | |
| 09/22 | $23,048 | $555 | $1,110 | 09/01/2022 | $36,304 | | | Auto | |
| 08/22 | $23,519 | $555 | $555 | 08/01/2022 | $36,304 | | | Auto | |
| 07/22 | $23,980 | $555 | $555 | 07/01/2022 | $36,304 | | | Auto | |
| 06/22 | $24,451 | $555 | $555 | 06/01/2022 | $36,304 | | | Auto | |
| 05/22 | $24,822 | $555 | | 04/01/2022 | $36,304 | | | Auto | |
| 04/22 | $24,822 | $555 | $1,660 | 04/01/2022 | $36,304 | | | Auto | |
| 03/22 | $25,290 | $555 | $1,105 | 03/01/2022 | $36,304 | | | Auto | |
| 02/22 | $26,184 | $555 | $555 | 01/01/2022 | $36,304 | | | Auto | |
| 01/22 | $26,184 | $555 | $1,110 | 01/01/2022 | $36,304 | | | Auto | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $27,095 | $555 | | 11/01/2021 | $36,304 | | | Auto | |
| 11/21 | $27,095 | $555 | $555 | 11/01/2021 | $36,304 | | | Auto | |
| 10/21 | $27,518 | $555 | $555 | 09/30/2021 | $36,304 | | | Auto | |
| 09/21 | $27,949 | $555 | $1,110 | 09/01/2021 | $36,304 | | | Auto | |
| 08/21 | $28,375 | $555 | $555 | 08/01/2021 | $36,304 | | | Auto | |
| 07/21 | $28,792 | $555 | $555 | 07/01/2021 | $36,304 | · | | Auto | |

### NAVY FEDERAL CREDIT UNION    P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 221193700 · 8888426328

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *5829 | 06/15/2021 | $7,078 | $7,000 | | Monthly | 24 | Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/2023 | $7,078 | $614 | 01/2023 | | $91 | 03/2023 | | | | | | | 05/2023 |

Status - Over 120 Days Past Due; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor; Credit Card; 120 Days Past Due;

**Account History with Status Codes**

| 06/2023 | 05/2023 | 04/2023 |
|---|---|---|
| 3 | 2 | 1 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $7,078 | $171 | | 01/01/2023 | $7,078 | $7,000 | $442 | Credit Card | Closed |
| 05/23 | $7,058 | $168 | | 01/01/2023 | $7,058 | $7,000 | $274 | Credit Card | Closed |
| 04/23 | $6,957 | $138 | | 01/01/2023 | $6,963 | $7,000 | $136 | Credit Card | |
| 03/23 | $6,857 | $136 | | 01/01/2023 | $6,963 | $7,000 | | Credit Card | |
| 02/23 | $6,779 | $137 | $137 | 01/01/2023 | $6,963 | $7,000 | | Credit Card | |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/23 | $6,837 | $138 | $138 | 12/01/2022 | $6,963 | $7,000 | | Credit Card | |
| 12/22 | $6,898 | $138 | $138 | 11/01/2022 | $6,963 | $7,000 | | Credit Card | |
| 11/22 | $6,898 | $134 | $134 | 09/30/2022 | $6,898 | $7,000 | | Credit Card | |
| 10/22 | $6,697 | $126 | $126 | 09/01/2022 | $6,697 | $7,000 | | Credit Card | |
| 09/22 | $6,259 | $120 | $120 | 08/01/2022 | $6,259 | $7,000 | | Credit Card | |
| 08/22 | $5,982 | $121 | $121 | 07/01/2022 | $6,045 | $7,000 | | Credit Card | |
| 07/22 | $6,018 | $120 | $120 | 06/01/2022 | $6,045 | $7,000 | | Credit Card | |
| 06/22 | $5,986 | $112 | $112 | 05/01/2022 | $5,986 | $7,000 | | Credit Card | |
| 05/22 | $5,599 | $102 | $102 | 04/01/2022 | $6,651 | $7,000 | | Credit Card | |
| 04/22 | $5,067 | $102 | $204 | 03/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 03/22 | $5,051 | $85 | $85 | 02/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 02/22 | $4,205 | $81 | $81 | 01/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 01/22 | $4,033 | $76 | $76 | 12/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 12/21 | $3,783 | $77 | $77 | 11/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 11/21 | $3,814 | $68 | $68 | 09/30/2021 | $5,196 | $7,000 | | Credit Card | |
| 10/21 | $3,375 | $72 | $1,000 | 09/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 09/21 | $3,588 | $88 | $4,393 | 08/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 08/21 | $4,393 | $20 | | | $4,393 | $7,000 | | Credit Card | |

**SYNCB/BELK    PO Box 71750 Philadelphia PA 191761750 : 8663968254**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *9382 | | 04/17/2011 | $2,315 | $2,330 | | Monthly | | 87 | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/21/2023 | $2,315 | | 06/2023 | $100 | $111 | | 06/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User; ADDITIONAL INFORMATION - Charge;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $2,315 | $111 | $100 | 06/01/2023 | $2,315 | $2,330 | | Charge Account | |
| 05/23 | $2,290 | $112 | $68 | 05/01/2023 | $2,290 | $2,330 | | Charge Account | |
| 04/23 | $2,261 | $98 | | 03/01/2023 | $2,261 | $4,800 | | Charge Account | |
| 03/23 | $2,149 | $68 | $63 | 03/01/2023 | $2,149 | $4,800 | | Charge Account | |
| 02/23 | $2,131 | $63 | | 02/01/2023 | $2,131 | $4,800 | | Charge Account | |
| 01/23 | $2,123 | $67 | $65 | 01/01/2023 | $2,123 | $4,800 | | Charge Account | |
| 12/22 | $2,108 | $65 | $63 | 12/01/2022 | $2,108 | $4,800 | | Charge Account | |
| 11/22 | $1,992 | $63 | $61 | 11/01/2022 | $1,992 | $4,800 | | Charge Account | |
| 10/22 | $1,962 | $61 | $60 | 09/30/2022 | $1,984 | $4,800 | | Charge Account | |
| 09/22 | $1,949 | $60 | $61 | 09/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 08/22 | $1,938 | $61 | $61 | 07/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 07/22 | $1,927 | $61 | $60 | 07/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 06/22 | $1,914 | $59 | $60 | 06/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 05/22 | $1,904 | $60 | $58 | 05/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 04/22 | $1,890 | $58 | $61 | 04/01/2022 | $1,984 | $4,800 | | Charge Account | |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/22 | $1,881 | $61 | $55 | 03/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 02/22 | $1,864 | $55 | $57 | 02/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 01/22 | $1,855 | $57 | $58 | 01/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 12/21 | $1,844 | $58 | $54 | 12/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 11/21 | $1,829 | $54 | $37 | 11/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 10/21 | $1,177 | $37 | $37 | 09/30/2021 | $1,984 | $4,800 | | Charge Account | |
| 09/21 | $1,169 | $36 | $37 | 09/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 08/21 | $1,163 | $37 | $37 | 08/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 07/21 | $1,157 | $37 | $37 | 07/01/2021 | $1,984 | $4,800 | | Charge Account | |

### SYNCB/JC PENNEYS    PO Box 71729 Philadelphia PA 191761729 ; 8663968254

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *7023 | | | 06/23/2004 | $1,423 | $500 | | Monthly | | 91 | | | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/12/2023 | $112 | | 06/2023 | $29 | $30 | | 06/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User; ADDITIONAL INFORMATION - Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $112 | $30 | $29 | 06/01/2023 | $1,423 | $500 | | Charge Account | |
| 05/23 | $138 | $29 | $29 | 05/01/2023 | $1,423 | $500 | | Charge Account | |
| 04/23 | $164 | $29 | | 01/01/2023 | $1,423 | $500 | | Charge Account | |



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 07/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |

**LEGACY COMMUNITY FED CU    1400 20th St S Birmingham AL 352054914 : 2059339933**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *0032 | | | 05/15/2019 | $2,515 | $2,500 | | Monthly | 48 | | | | |
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 06/09/2023 | $2,515 | | 05/2023 | | $164 | | 06/2023 | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Action - Individual Account; ADDITIONAL INFORMATION - Credit Card;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $2,515 | $164 | | 05/01/2023 | $2,515 | $2,500 | | Credit Card | |
| 05/23 | $2,422 | $73 | $74 | 05/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 04/23 | $2,466 | $74 | $76 | 04/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 03/23 | $2,511 | $87 | $74 | 03/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 02/23 | $2,459 | $74 | $58 | 02/01/2023 | $2,459 | $2,500 | | Credit Card | |
| 01/23 | $1,900 | $58 | $45 | 01/01/2023 | $1,900 | $2,500 | | Credit Card | |
| 12/22 | $1,471 | $45 | $44 | 12/01/2022 | $1,510 | $2,500 | | Credit Card | |
| 11/22 | $1,441 | $44 | $44 | 11/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 10/22 | $1,435 | $44 | $44 | 09/30/2022 | $1,510 | $1,500 | | Credit Card | |
| 09/22 | $1,457 | $44 | $42 | 09/01/2022 | $1,510 | $1,500 | | Credit Card | |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/22 | $1,383 | $42 | $46 | 08/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 07/22 | $1,408 | $43 | $93 | 07/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 06/22 | $1,420 | $43 | $50 | 05/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 05/22 | $1,337 | $41 | $141 | 04/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 04/22 | $1,425 | $84 | | 03/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 03/22 | $1,364 | $41 | $70 | 03/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 02/22 | $1,412 | $43 | $50 | 02/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 01/22 | $1,425 | $43 | $50 | 01/01/2022 | $1,510 | $1,500 | | Credit Card | | |
| 12/21 | $1,454 | $44 | $50 | 11/01/2021 | $1,510 | $1,500 | | Credit Card | | |
| 11/21 | $1,449 | $44 | $50 | 11/01/2021 | $1,510 | $1,500 | | Credit Card | | |
| 10/21 | $1,436 | $44 | $50 | 09/01/2021 | $1,510 | $1,500 | | Credit Card | | |
| 09/21 | $1,321 | $40 | $123 | 09/01/2021 | $1,510 | $1,500 | | Credit Card | | |
| 08/21 | $1,397 | $42 | $50 | 07/01/2021 | $1,510 | $1,500 | | Credit Card | | |
| 07/21 | $1,437 | $44 | $32 | 07/01/2021 | $1,510 | $1,500 | | Credit Card | | |

### COMENITYBANK/KAYJEWELERS    PO BOX 182789 COLUMBUS OH 432182789

| Account Number | | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *4900 | | | 07/27/2018 | $1,650 | $1,600 | | | Monthly | | 59 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2023 | $1,311 | | 06/2023 | $143 | $46 | | 06/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

| Account History with Status Codes | 05/2023 |
|---|---|
| | 1 |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023



Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $1,311 | $46 | $143 | 06/01/2023 | $1,650 | $1,600 | | Charge Account | |
| 05/23 | $1,421 | $50 | | 03/01/2023 | $1,650 | $3,250 | $93 | Charge Account | |
| 04/23 | $1,345 | $48 | | 03/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 03/23 | $1,282 | $45 | $46 | 03/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 02/23 | $1,296 | $46 | $46 | 01/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 01/23 | $1,311 | $46 | $47 | 12/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 12/22 | $1,325 | $47 | $47 | 11/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 11/22 | No Data Available | | | | | | | | |
| 10/22 | No Data Available | | | | | | | | |
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | $1,410 | $50 | $51 | 05/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 05/22 | $1,427 | $51 | $51 | 04/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 04/22 | $1,441 | $51 | $52 | 04/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 03/22 | $1,458 | $52 | $53 | 03/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 02/22 | $1,474 | $53 | $53 | 02/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 01/22 | $1,493 | $53 | $80 | 01/01/2022 | $1,650 | $3,250 | | Charge Account | |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $1,535 | $80 | $80 | 11/01/2021 | $1,650 | $3,250 | | Charge Account | |
| 11/21 | $1,575 | $80 | $85 | 11/01/2021 | $1,650 | $3,250 | | Charge Account | |
| 10/21 | $1,621 | $85 | $65 | 09/01/2021 | $1,650 | $3,250 | | Charge Account | |
| 09/21 | $1,193 | $65 | $70 | 09/01/2021 | $1,650 | $3,250 | | Charge Account | |
| 08/21 | $1,234 | $70 | $70 | 07/01/2021 | $1,650 | $3,250 | | Charge Account | |
| 07/21 | $1,272 | $70 | $70 | 07/01/2021 | $1,650 | $3,250 | | Charge Account | |

**GUILD MORTGAGE**   5898 Copley Dr San Diego CA 921117916 ; 8003654441

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *3192 | | 09/10/2020 | $319,500 | | 30 Years | Monthly | | 32 | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2023 | $302,198 | | 05/2023 | $1,742 | $1,742 | | 05/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Real Estate Mortgage; Fixed Rate;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | $302,198 | $1,742 | $1,742 | 05/01/2023 | $319,500 | | | Conventional Re Mortgage | |
| 04/23 | $302,778 | $1,742 | $1,742 | 04/01/2023 | $319,500 | | | Conventional Re Mortgage | |
| 03/23 | $303,356 | $1,742 | $1,742 | 03/01/2023 | $319,500 | | | Conventional Re Mortgage | |
| 02/23 | $303,934 | $1,742 | $1,742 | 02/01/2023 | $319,500 | | | Conventional Re Mortgage | |
| 01/23 | $304,509 | $1,742 | $1,742 | 01/01/2023 | $319,500 | | | Conventional Re Mortgage | |

(Continued On Next Page)
000000221-DISC

3190541525-AZW-0c27010300000887-07082023



**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/22 | $305,083 | $1,803 | $1,803 | 12/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 11/22 | $305,656 | $2,008 | $2,008 | 11/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 10/22 | $306,227 | $2,008 | $2,008 | 09/30/2022 | $319,500 | | | Conventional Re Mortgage | |
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | $307,365 | $2,128 | $2,128 | 08/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 07/22 | $307,932 | $2,128 | $2,128 | 07/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 06/22 | $308,497 | $2,128 | $2,128 | 06/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 05/22 | $309,061 | $2,128 | $2,128 | 05/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 04/22 | $309,623 | $2,128 | $2,128 | 04/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | $310,744 | $2,128 | $2,128 | 02/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 01/22 | $311,302 | $2,128 | $2,128 | 01/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 12/21 | $311,858 | $1,918 | $1,918 | 12/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 11/21 | $312,413 | $1,918 | $1,918 | 11/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 10/21 | $312,967 | $1,918 | $1,918 | 09/30/2021 | $319,500 | | | Conventional Re Mortgage | |
| 09/21 | $313,519 | $1,918 | $1,918 | 09/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 08/21 | $314,070 | $1,918 | $1,918 | 08/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 07/21 | $314,619 | $1,918 | $1,918 | 07/01/2021 | $319,500 | | | Conventional Re Mortgage | |

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.

CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.

COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| CREDIT KARMA | 07/06/2023 |
| 760 MARKET ST FL 5 SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | |


| Company Information | Inquiry Date(s) |
|---|---|
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 08/15/2021 06/15/2021 |
| PENTIUS, INC<br>1201 N ORANGE ST STE 7382 WILMINGTON DE 19801-1286  Phone: 8558253778 | 06/20/2023 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | 07/07/2023 07/06/2023 06/26/2023 |
| CHOICEPOINT<br>1000 Aldermen Dr Insurance P&C Underwriting Alpharetta GA 300054101  Phone: 8008312578 | 05/25/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/25/2023 06/01/2023 02/11/2022 |
| PENTIUS, INC<br>1201 N ORANGE ST STE 7382 WILMINGTON DE 19801-1286  Phone: 8558253778 | 06/20/2023 |
| EQUIFAX<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2468  Phone: 8006851111 | 06/15/2021 |
| COMENITY BANK<br>3095 LOYALTY CIR COLUMBUS OH 43219-3673  Phone: 1111111111 | 08/08/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/15/2021 |
| EQUIFAX, INC.<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2402  Phone: 6785450506 | 06/25/2023 |
| NAVY FCU<br>820 FOLLIN LN SE VIENNA VA 22180-4907  Phone: 7032063720 | 06/27/2023 |

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

○ **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

○ **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  ○ a person has taken adverse action against you because of information in your credit report;
  ○ you are the victim of identity theft and place a fraud alert in your file;
  ○ your file contains inaccurate information as a result of fraud;
  ○ you are on public assistance;
  ○ you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

○ **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

○ **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

○ **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

○ **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent.  However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P. O. Box 1200<br>Minneapolis, MN 55480<br><br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

O   The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:   Remain for up to 7 years from the date filed, except:
Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:   Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

O   Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

**Additional Notice to Consumer:**
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

---



# EQUIFAX

# *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374
(888) EQUIFAX, (888) 378-4329

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**    Yes    No

| *Confirmation Number:  3190541525* |
| --- |

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

| Name: DAMEION KENNEDY | SSN #:  XXX-XX-7306 |
| --- | --- |
| | DOB: January 05, 1991 |

**Current Address:** 5821 COUNTRY MEADOW DR, Gardendale, AL 35071

| **Previous Address(es):** | 4329 WINCHESTER HILLS DR, BIRMINGHAM, AL 35215 |
| --- | --- |
| | 1812 MATTHEWS AVE, BESSEMER, AL 35020 |

| **Daytime Phone Number** | **Evening Phone Number** |
| --- | --- |

**List other names which you have used for credit in the past**

## Credit Account Information

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

## Credit Account Information

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

## Credit Account Information

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

**Company Name** _____    **Account Number** _____

Reason for investigation:  ☐ Not Mine  ☐ Paid in Full  ☐ Current/Previous Payment Status Incorrect  ☐ Account Closed
☐ Other (Please explain) _____

00000113 00002 0011-0011 DECEE0C0007092309920159 001 00000221

*** 313587621-041 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/05/2023



Find an inaccuracy on your report?
Submit your dispute online at
http://transunion.com/disputeonline

PIE77U00200004-I000037-109695239
DAMEION RASHAD KENNEDY
5821 COUNTRY MEADOW DR
GARDENDALE, AL 35071-2252

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to the COVID-19 pandemic, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

PIE77U002 00004 I000037 04142

# TransUnion Credit Score

DAMEION RASHAD KENNEDY



## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade - Created on 08/05/2023 | Unavailable (See Below) | Unavailable (See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).






**TransUnion.**

File Number: 313587621
Date Issued: 08/05/2023

## Personal Information

You have been on our files since 03/17/2009

SSN: XXX-XX-7306

Date of Birth: 01/05/1991

**Names Reported:** DAMEION RASHAD KENNEDY and DAMEION KENNADY

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 5821 COUNTRY MEADOW DR, GARDENDALE, AL 35071-2252 | 09/15/2020 |

### Telephone Numbers Reported:

(205) 718-5464

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next report. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Accounts with Adverse Information

**COMENITYBANK/KAY JEWELERS #778850400890****** (3095 LOYALTY CIRCLE, BUILDING  A, COLUMBUS, OH 43219, Phone number not available )

| Date Opened: | 07/27/2018 | Balance: | $1,387 | Pay Status: | Current; Paid or Paying as Agreed |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 07/21/2023 | Terms: | $49 per month, paid Monthly |
| Account Type: | Revolving Account | Payment Received: | $0 | ›Maximum Delinquency of 30 days in 05/2023 |  |
| Loan Type: | CHARGE ACCOUNT | Last Payment Made: | 06/01/2023 | for $93‹ |  |
|  |  | High Balance: | $1,650 |  |  |
|  |  | Credit Limit: | $1,600 |  |  |

|  | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | -30- | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X |

|  | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

|  | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

|  | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X |

**NAVY FEDERAL CR UN #37955000955****** ( POB 3700, MERRIFIELD, VA 22119-3700, (888) 842-6328 )

| Date Opened: | 06/15/2021 | Balance: | $7,078 | Pay Status: | ›Account 120 Days Past Due Date‹ |
|---|---|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 08/04/2023 | Terms: | $71 per month, paid Monthly |
| Account Type: | Revolving Account | Payment Received: | $0 | Date Closed: 05/03/2023 |  |
| Loan Type: | CREDIT CARD | Last Payment Made: | 01/31/2023 | ›Maximum Delinquency of 120 days in 07/2023 |  |
|  |  | High Balance: | $7,078 | and  in 08/2023 for $705‹ |  |
|  |  | Credit Limit: | $7,000 |  |  |
|  |  | Past Due: | ›$705‹ |  |  |

Remarks: DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR
Estimated month and year that this item will be removed: 02/2030

|  | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 90 | 60 | -30- | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DAMEION RASHAD KENNEDY    File Number: 313587621  Date Issued: 08/05/2023

| | 07/2021 |
|---|---|
| Rating | OK |

## Satisfactory Accounts

### AMERICAS FIRST CREDIT UN #63147**** (1200 4TH AVE N, BIRMINGHAM, AL 35203-1631, (205) 320-4000)

Date Opened: 09/16/2019
Responsibility: Joint Account
Account Type: Installment Account
Loan Type: AUTOMOBILE

Balance: $19,965
Date Updated: 06/30/2023
Payment Received: $555
Last Payment Made: 06/01/2023
High Balance: $36,304

Pay Status: Current; Paid or Paying as Agreed
Terms: $555 per month, paid Monthly for 75 months

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### GUILD MORTGAGE COMPANY #744100**** (5887 COPLEY DR, SAN DIEGO, CA 92111, (800) 365-4441)

Date Opened: 09/10/2020
Responsibility: Joint Account
Account Type: Mortgage Account
Loan Type: CONVENTIONAL REAL ESTATE MTG

Date Updated: 06/30/2023
Payment Received: $1,742
Last Payment Made: 06/01/2023

Pay Status: Current; Paid or Paying as Agreed
Terms: $1,742 per month, paid Monthly for 360 months

High Balance: High balance of $319,500 from 02/2021 to 04/2022; $319,500 from 06/2022 to 06/2023
Mortgage Info: Fannie Mae Acct #4021749721

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $301,616 | $302,198 | $302,778 | $303,356 | $303,934 | $304,509 | $305,083 | $305,656 | $306,227 | $306,797 | $307,365 | $307,932 |
| Scheduled Payment | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 | $2,128 |
| Amount Paid | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 | $2,128 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $308,497 | | $309,623 | $310,184 | $310,744 | $311,302 | $311,858 | $312,413 | $312,967 | $313,519 | $314,070 | $314,619 |
| Scheduled Payment | $2,128 | | $2,128 | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |
| Amount Paid | $2,128 | | $2,128 | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |
| Past Due | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|
| Balance | $315,167 | $315,714 | $316,259 | $316,802 | $317,345 | | | | |
| Scheduled Payment | $1,918 | $2,059 | $2,059 | $2,059 | $2,059 | | | | |
| Amount Paid | $1,918 | $2,059 | $2,059 | $2,059 | $2,059 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### LEGACY COMMUNITY FCU #429625200012**** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

Date Opened: 05/15/2019
Responsibility: Individual Account
Account Type: Revolving Account
Loan Type: CREDIT CARD

Balance: $2,461
Date Updated: 07/10/2023
Payment Received: $73
Last Payment Made: 06/29/2023
High Balance: $2,515
Credit Limit: $2,500

Pay Status: Current; Paid or Paying as Agreed
Terms: $150 per month, paid Monthly

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DAMEION RASHAD KENNEDY                                    File Number: 313587621   Date Issued: 08/05/2023

**LEGACY COMMUNITY FCU #429625200011****** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

| | |
|---|---|
| **Date Opened:** 05/15/2019 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 12/10/2020 |
| **Account Type:** Revolving Account | **Payment Received:** $0 |
| **Loan Type:** CREDIT CARD | **Last Payment Made:** 11/02/2020 |
| | **High Balance:** $1,510 |
| | **Credit Limit:** $1,500 |

**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 12/08/2020

**Remarks:** CREDIT CARD LOST OR STOLEN; CLOSED

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

**LEGACY COMMUNITY FCU #429625200010****** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

| | |
|---|---|
| **Date Opened:** 05/15/2019 | **Balance:** $0 |
| **Responsibility:** Individual Account | **Date Updated:** 04/09/2020 |
| **Account Type:** Revolving Account | **Payment Received:** $0 |
| **Loan Type:** CREDIT CARD | **Last Payment Made:** 02/11/2020 |
| | **High Balance:** $1,510 |
| | **Credit Limit:** $1,500 |

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly
**Date Closed:** 04/06/2020

**Remarks:** CREDIT CARD LOST OR STOLEN

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Promotional Inquiries

**GRANITE BAY ACCEPTANCE C** (1781 VINEYARD DR. #222, ANTIOCH, CA 94509, (925) 208-0907)
Requested On: 04/28/2023, 09/26/2022

## Account Review Inquiries

**DAMEION KENNEDY via TRANSUNION INTERACTIVE** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392)
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/03/2023, 07/01/2023, 06/01/2023, 04/28/2023, 03/24/2023, 02/20/2023, 12/27/2022, 11/20/2022, 10/20/2022, 08/11/2022

**DAMEION KENNEDY via TUCI - LENDING TREE** (100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816)
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/02/2023, 07/26/2023, 07/19/2023, 07/12/2023, 07/05/2023, 06/28/2023, 06/21/2023

**TRANSUNION CONSUMER INTE** (760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816)
Permissible Purpose: CREDIT MONITORING
Requested On: 08/01/2023

**LEGACY COMMUNITY FCU** (1400 SOUTH 20TH STREET, BIRMINGHAM, AL 35205, (205) 930-5000)
Requested On: 07/24/2023

**CONSUMERINFO.COM** (475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742)
Requested On: 07/23/2023, 07/09/2023, 06/25/2023

**WEBBANKKLARNA** (629 N HIGH ST, STE 300, COLUMBUS, OH 43215, (844) 552-7621)
Requested On: 07/22/2023

**DAMEION KENNEDY via KARMATRANSUNION INTERACT** (100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816)
Permissible Purpose: CONSUMER REQUEST
Requested On: 07/16/2023

**791661654 via TRANSUNION INTERACTIVE** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392)
Permissible Purpose: CREDIT MONITORING
Requested On: 07/06/2023, 06/13/2023, 06/07/2023, 05/17/2023, 05/07/2023, 04/06/2023

**TRANSUNION INTERACTIVE** (100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282)
Requested On: 06/21/2023

**QUINSTREET** (950 TOWER LANE, FOSTER CITY, CA 94404, (650) 578-7700)
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 06/20/2023

**To dispute online go to: http://transunion.com/disputeonline**

## Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: TRANSUNION CONSUMER INTE
Requested on: 7/05/2023
Credit Inquiries in the Last Year: 4
Credit Inquiries in the Last 3 Years: 4
Payday Inquiries in the Last 3 Years: 2
Other Credit Inquiries in the Last 2 years: 2
Other Credit Inquiries in the Last 3 Years: 2
Days Since Most Recent Inquiry by Payday Lender: 44
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 4

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION
Data Source: Teletrack (PO Box 740008, Atlanta, GA 30374, (877)309-5226)
Requested by: NAVY FCU
Requested on: 06/15/2021
Auto Finance Inquiries in the Last 3 Months: 0
Auto Finance Inquiries in the Last 6 Months: 0
Auto Finance Inquiries in the Last 9 Months: 0
Auto Finance Inquiries in the Last 12 Months: 0
Auto Finance Inquiries in the Last 24 Months: 0
Auto Finance Inquiries in the Last 7 Years: 3
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 7 Years: 0
Misc Financial Services in the Last 7 Years: 0
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 0
Rent-to-Own Inquiries in the Last 9 Months: 0
Rent-to-Own Inquiries in the Last 12 Months: 0
Rent-to-Own Inquiries in the Last 24 Months: 0
Rent-to-Own Inquiries in the Last 7 Years: 0
All Alternative Credit Inquiries in the Last 3 months: 0
All Alternative Credit Inquiries in the Last 6 Months: 0
All Alternative Credit Inquiries in the Last 24 Months: 0
All Alternative Credit Inquiries in the Last 7 Years: 3
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0





**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DAMEION RASHAD KENNEDY                    File Number: 313587621   Date Issued: 08/05/2023

## SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION

Requested by: TRANSUNION CONSUMER INTE
Requested on: 07/05/2023
Total Tax Amount: $2,066
Land Mass in Acres: 2.96
Building Size in Square Feet: 7239
Total Land Mass in Square Feet: 128938
Assessed Land Value: $0
Assessed Improvement Value: $0
Total Assessed Value of the Land and Improvements: $45,960
Market Improvement Value: $375,100
Total Market Value of the Land and Improvements: $459,600
Improvement Value: $375,100
Real Estate Sale Price: $355,000
Home Equity Loans: 0
Home Equity Loan Amount: $0
Refinance or Equity Fixed Mortgages in Last 24 Months: 0
Conventional Mortgages recorded in the Last 24 Months: 0
FHA Mortgage Loans Recorded: 0
First Mortgage Amount: $319
Interest Rate on Most Recent Mortgage: 0.00
Loan Term of Most Recent Mortgage (in Months): 360
Foreclosure: No

# Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**To dispute online go to: http://transunion.com/disputeonline**

# EXHIBIT 4

P.O. Box 740241
Atlanta, GA 30374

Rec'd 7/29/23

July 22, 2023

 **EQUIFAX**

 **To Start An Investigation, Please Visit Us At:**
**www.equifax.com/personal/disputes**

000000224 FECI0000072223093557 01 000000 000224 011



DAMEION KENNEDY
5821 COUNTRY MEADOW DR
GARDENDALE, AL 35071-2252

00000224 01755 0001 -011 DECI0000072223093568 00 L 00000224



*RUC d 7/29/23*

**EQUIFAX**

CREDIT FILE : July 21, 2023

Confirmation # 3203544815

Dear DAMEION KENNEDY:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may be able to initiate an investigation request via the Internet 24 hours a day, 7 days a week at:

**equifax.com/personal/disputes**

Using the Internet to initiate an on-line investigation request will expedite the resolution of your concerns.

Or you may complete the enclosed Research Request Form and return it to:

> **Equifax Information Services LLC**
> **P.O. Box 740241**
> **Atlanta, GA 30374**

***NOTE:  Sending the Research Request Form to any other address will delay the processing of your request.***
Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

**Under the FACT Act, you have the right to request and obtain a copy of your credit score.  To obtain a copy of your credit score, please call our automated ordering system at: *1-877-SCORE-11*.**

> For an added convenience, use one of the below options to start an investigation or check the status of your dispute.
>
> Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

## State of Alabama - Notice to Consumers

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX



# EQUIFAX

## CREDIT FILE : July 21, 2023

### Confirmation # 3203544815

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: DAMEION KENNEDY

Social Security #      XXX-XX-7306   Date of Birth: January 05, 1991
Current Address:      5821 COUNTRY MEADOW DR, Gardendale, AL 35071  Reported: 07/2023
Previous Address(es):  4329 WINCHESTER HILLS DR, BIRMINGHAM, AL 35215  Reported: 07/2023
                      1812 MATTHEWS AVE, BESSEMER, AL 35020  Reported: 10/2020
                      4625 AVENUE T, BIRMINGHAM, AL 35208  Reported: 04/2019

Please address all future correspondence to:

 www.equifax.com/personal/disputes

 Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

 Phone: (888) EQUIFAX, (888) 378-4329
M - F 9:00am to 5:00pm in your time zone.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

### Account Column Title Descriptions:

| | | | |
|---|---|---|---|
| Account Number - | The Account number reported by credit grantor | Amount Past Due - | The Amount Past Due as of the Date Reported |
| Date Acct. Opened - | The Date that the credit grantor opened the account | Date of Last Paymnt - | The Date of Last Payment |
| High Credit - | The Highest Amount Charged | Actual Pay Amt - | The Actual Amount of Last Payment |
| Credit Limit - | The Highest Amount Permitted | Sched Pay Amt - | The Requested Amount of Last Payment |
| Terms Duration - | The Number of Installments or Payments | Date of 1st Delinquency - | The Date of First Delinquency |
| Terms Frequency - | The Scheduled Time Between Payments | Date of Last Actvty - | The Date of the Last Account Activity |
| Months Reviewed - | The Number of Months Reviewed | Date Maj Delq Rptd - | The Date the 1st Major Delinquency Was Reported |
| Activity Designator - | The Most Recent Account Activity | Charge Off Amt - | The Amount Charged Off by Creditor |
| Creditor Class - | The Type of Company Reporting The Account | Deferred Pay Date - | 1st Payment Due Date for Deferred Loans |
| Date Reported - | Date of Last Reported Update | Balloon Pay Amt - | The Amount of Final(Balloon) Payment |
| Balance Amount - | The Total Amount Owed as of the Date Reported | Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - | The Date the Account was Closed |

| **Account History Status Code Descriptions** | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |
| | 3 : 90-119 Days Past Due | G: Collection Account | L: Charge Off |
| | 4 : 120-149 Days Past Due | H: Foreclosure | |

**COMENITYBANKKAYJEWELERS   PO BOX 182789 COLUMBUS OH 432182789**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *4900 | 07/27/2018 | $1,650 | $1,600 | | Monthly | 60 | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/12/2023 | $1,387 | $0 | 06/2023 | | $49 | | 07/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes -

(Continued On Next Page)
000000224-DISC

Page 4 of 22

3203544815-AZ5-0c34010a000009f7-07212023



Reinvestigation in Process; Charge;

**Account History with Status Codes** 05/2023 1

| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 06/23 | $1,311 | $46 | $143 | 06/01/2023 | $1,650 | $1,600 | | Charge Account | |
| 05/23 | $1,421 | $50 | | 03/01/2023 | $1,650 | $3,250 | $93 | Charge Account | |
| 04/23 | $1,345 | $48 | | 03/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 03/23 | $1,282 | $45 | $46 | 03/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 02/23 | $1,296 | $46 | $46 | 01/01/2023 | $1,650 | $3,250 | | Charge Account | |
| 01/23 | $1,311 | $46 | $47 | 12/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 12/22 | $1,325 | $47 | $47 | 11/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 11/22 | No Data Available | | | | | | | | |
| 10/22 | No Data Available | | | | | | | | |
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | $1,410 | $50 | $51 | 05/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 05/22 | $1,427 | $51 | $51 | 04/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 04/22 | $1,441 | $51 | $52 | 04/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 03/22 | $1,458 | $52 | $53 | 03/01/2022 | $1,650 | $3,250 | | Charge Account | |
| 02/22 | $1,474 | $53 | $53 | 02/01/2022 | $1,650 | $3,250 | | Charge Account | |

(Continued On Next Page)
000000224-DISC

3203544815-AZ5-0c34010a000009f7-07212023

Information

| Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|
| $53 | $80 | 01/01/2022 | $1,650 | $3,250 | | Charge Account | |
| $80 | $80 | 11/01/2021 | $1,650 | $3,250 | | Charge Account | |
| $80 | $85 | 11/01/2021 | $1,650 | $3,250 | | Charge Account | |
| $85 | $65 | 09/01/2021 | $1,650 | $3,250 | | Charge Account | |
| $65 | $70 | 09/01/2021 | $1,650 | $3,250 | | Charge Account | |
| $70 | $70 | 07/01/2021 | $1,650 | $3,250 | | Charge Account | |
| $70 | $70 | 07/01/2021 | $1,650 | $3,250 | | Charge Account | |

**YS    PO Box 71729 Philadelphia PA 191761729 : 8663968254**

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| 06/23/2004 | $1,423 | $500 | | Monthly | 92 | | |

| Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/2023 | $30 | $41 | | 07/2023 | | | | | | |

Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User; ADDITIONAL INFORMATION - Consumer Disputes Process; Charge;

Information

| Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|
| $30 | $29 | 06/01/2023 | $1,423 | $500 | | Charge Account | |
| $29 | $29 | 05/01/2023 | $1,423 | $500 | | Charge Account | |
| $29 | | 01/01/2023 | $1,423 | $500 | | Charge Account | |
| | | 01/01/2023 | $1,423 | $500 | | Charge Account | |
| | | 01/01/2023 | $1,423 | $500 | | Charge Account | |

d On Next Page)
4-DISC

3203544815-AZ5-0c34010a000009f7-07212023



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/23 | $0 | | $13 | 01/01/2023 | $1,423 | $500 | | Charge Account | |
| 12/22 | $0 | | | 05/01/2021 | $1,423 | $500 | | Charge Account | |
| 11/22 | $0 | | | 05/01/2021 | $1,423 | $500 | | Charge Account | |
| 10/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 09/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 08/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 07/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 06/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 05/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 04/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 03/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 02/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 01/22 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 12/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 11/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 10/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 09/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |
| 08/21 | $0 | | | 05/01/2021 | $1,423 | $1,400 | | Charge Account | |

### Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/21 | $0 |  |  | 05/01/2021 | $1,423 | $1,400 |  | Charge Account |  |

**GUILD MORTGAGE    5898 Copley Dr San Diego CA 921117916 : 8003654441**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *3192 | 09/10/2020 | $319,500 |  | 30 Years | Monthly | 32 |  |  |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/31/2023 | $302,198 |  | 05/2023 | $1,742 | $1,742 |  | 05/2023 |  |  |  |  |  |  |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

### Historical Account Information

|  | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | No Data Available | | | | | | | | |
| 05/23 | $302,198 | $1,742 | $1,742 | 05/01/2023 | $319,500 |  |  | Conventional Re Mortgage |  |
| 04/23 | $302,778 | $1,742 | $1,742 | 04/01/2023 | $319,500 |  |  | Conventional Re Mortgage |  |
| 03/23 | $303,356 | $1,742 | $1,742 | 03/01/2023 | $319,500 |  |  | Conventional Re Mortgage |  |
| 02/23 | $303,934 | $1,742 | $1,742 | 02/01/2023 | $319,500 |  |  | Conventional Re Mortgage |  |
| 01/23 | $304,509 | $1,742 | $1,742 | 01/01/2023 | $319,500 |  |  | Conventional Re Mortgage |  |
| 12/22 | $305,083 | $1,803 | $1,803 | 12/01/2022 | $319,500 |  |  | Conventional Re Mortgage |  |
| 11/22 | $305,656 | $2,008 | $2,008 | 11/01/2022 | $319,500 |  |  | Conventional Re Mortgage |  |
| 10/22 | $306,227 | $2,008 | $2,008 | 09/30/2022 | $319,500 |  |  | Conventional Re Mortgage |  |
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | $307,365 | $2,128 | $2,128 | 08/01/2022 | $319,500 |  |  | Conventional Re Mortgage |  |



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/22 | $307,932 | $2,128 | $2,128 | 07/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 06/22 | $308,497 | $2,128 | $2,128 | 06/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 05/22 | $309,061 | $2,128 | $2,128 | 05/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 04/22 | $309,623 | $2,128 | $2,128 | 04/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | $310,744 | $2,128 | $2,128 | 02/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 01/22 | $311,302 | $2,128 | $2,128 | 01/01/2022 | $319,500 | | | Conventional Re Mortgage | |
| 12/21 | $311,858 | $1,918 | $1,918 | 12/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 11/21 | $312,413 | $1,918 | $1,918 | 11/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 10/21 | $312,967 | $1,918 | $1,918 | 09/30/2021 | $319,500 | | | Conventional Re Mortgage | |
| 09/21 | $313,519 | $1,918 | $1,918 | 09/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 08/21 | $314,070 | $1,918 | $1,918 | 08/01/2021 | $319,500 | | | Conventional Re Mortgage | |
| 07/21 | $314,619 | $1,918 | $1,918 | 07/01/2021 | $319,500 | | | Conventional Re Mortgage | |

**NAVY FEDERAL CREDIT UNION    P.O. BOX 3700 ATTN: CBR DISPUTES MERRIFIELD VA 221193700 : 8888426328**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *5829 | | 06/15/2021 | $7,078 | $7,000 | | Monthly | 24 | Closed | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/2023 | $7,078 | $614 | 01/2023 | | $91 | 03/2023 | | | | | | | 05/2023 |

Status - Over 120 Days Past Due; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

| Account History with Status Codes | 06/2023 | 05/2023 | 04/2023 |
|---|---|---|---|
| | 3 | 2 | 1 |

(Continued On Next Page)
000000224-DISC

3203544815-AZ5-0c34010a000009f7-07212023

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $7,078 | $171 | | 01/01/2023 | $7,078 | $7,000 | $442 | Credit Card | Closed |
| 05/23 | $7,058 | $168 | | 01/01/2023 | $7,058 | $7,000 | $274 | Credit Card | Closed |
| 04/23 | $6,957 | $138 | | 01/01/2023 | $6,963 | $7,000 | $136 | Credit Card | |
| 03/23 | $6,857 | $136 | | 01/01/2023 | $6,963 | $7,000 | | Credit Card | |
| 02/23 | $6,779 | $137 | $137 | 01/01/2023 | $6,963 | $7,000 | | Credit Card | |
| 01/23 | $6,837 | $138 | $138 | 12/01/2022 | $6,963 | $7,000 | | Credit Card | |
| 12/22 | $6,898 | $138 | $138 | 11/01/2022 | $6,963 | $7,000 | | Credit Card | |
| 11/22 | $6,898 | $134 | $134 | 09/30/2022 | $6,898 | $7,000 | | Credit Card | |
| 10/22 | $6,697 | $126 | $126 | 09/01/2022 | $6,697 | $7,000 | | Credit Card | |
| 09/22 | $6,259 | $120 | $120 | 08/01/2022 | $6,259 | $7,000 | | Credit Card | |
| 08/22 | $5,982 | $121 | $121 | 07/01/2022 | $6,045 | $7,000 | | Credit Card | |
| 07/22 | $6,018 | $120 | $120 | 06/01/2022 | $6,045 | $7,000 | | Credit Card | |
| 06/22 | $5,986 | $112 | $112 | 05/01/2022 | $5,986 | $7,000 | | Credit Card | |
| 05/22 | $5,599 | $102 | $102 | 04/01/2022 | $5,651 | $7,000 | | Credit Card | |
| 04/22 | $5,067 | $102 | $204 | 03/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 03/22 | $5,051 | $85 | $85 | 02/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 02/22 | $4,205 | $81 | $81 | 01/01/2022 | $5,196 | $7,000 | | Credit Card | |
| 01/22 | $4,033 | $76 | $76 | 12/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 12/21 | $3,783 | $77 | $77 | 11/01/2021 | $5,196 | $7,000 | | Credit Card | |

(Continued On Next Page)
000000224-DISC

3203544815-AZ5-0c34010a000009f7-07212023


### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/21 | $3,814 | $68 | $68 | 09/30/2021 | $5,196 | $7,000 | | Credit Card | |
| 10/21 | $3,375 | $72 | $1,000 | 09/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 09/21 | $3,588 | $88 | $4,393 | 08/01/2021 | $5,196 | $7,000 | | Credit Card | |
| 08/21 | $4,393 | $20 | | | $4,393 | $7,000 | | Credit Card | |

**SYNCB/BELK    PO Box 71750 Philadelphia PA 191761750 : 8663968254**

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *9382 | | 04/17/2011 | $2,315 | $2,330 | | Monthly | 88 | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2023 | $2,315 | | 06/2023 | | $111 | | 07/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Authorized User; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $2,315 | $111 | $100 | 06/01/2023 | $2,315 | $2,330 | | Charge Account | |
| 05/23 | $2,290 | $112 | $68 | 05/01/2023 | $2,290 | $2,330 | | Charge Account | |
| 04/23 | $2,261 | $98 | | 03/01/2023 | $2,261 | $4,800 | | Charge Account | |
| 03/23 | $2,149 | $68 | $63 | 03/01/2023 | $2,149 | $4,800 | | Charge Account | |
| 02/23 | $2,131 | $63 | | 02/01/2023 | $2,131 | $4,800 | | Charge Account | |
| 01/23 | $2,123 | $67 | $65 | 01/01/2023 | $2,123 | $4,800 | | Charge Account | |
| 12/22 | $2,108 | $65 | $63 | 12/01/2022 | $2,108 | $4,800 | | Charge Account | |
| 11/22 | $1,992 | $63 | $61 | 11/01/2022 | $1,992 | $4,800 | | Charge Account | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/22 | $1,962 | $61 | $60 | 09/30/2022 | $1,984 | $4,800 | | Charge Account | |
| 09/22 | $1,949 | $60 | $61 | 09/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 08/22 | $1,938 | $61 | $61 | 07/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 07/22 | $1,927 | $61 | $60 | 07/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 06/22 | $1,914 | $59 | $60 | 06/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 05/22 | $1,904 | $60 | $58 | 05/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 04/22 | $1,890 | $58 | $61 | 04/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 03/22 | $1,881 | $61 | $55 | 03/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 02/22 | $1,864 | $55 | $57 | 02/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 01/22 | $1,855 | $57 | $58 | 01/01/2022 | $1,984 | $4,800 | | Charge Account | |
| 12/21 | $1,844 | $58 | $54 | 12/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 11/21 | $1,829 | $54 | $37 | 11/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 10/21 | $1,177 | $37 | $37 | 09/30/2021 | $1,984 | $4,800 | | Charge Account | |
| 09/21 | $1,169 | $36 | $37 | 09/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 08/21 | $1,163 | $37 | $37 | 08/01/2021 | $1,984 | $4,800 | | Charge Account | |
| 07/21 | $1,157 | $37 | $37 | 07/01/2021 | $1,984 | $4,800 | | Charge Account | |

**AMERICAS FIRST CREDIT UNION    PO Box 11349 Birmingham AL 352021349    2053204000**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *4010 | | | 09/16/2019 | $36,304 | | 75 Months | Monthly | | 45 | | | | |
| Date of Last | Balance | Amount | Date of Last | Actual Payment | Scheduled Payment | Date of 1st | Date of Last | Date Maj | Charge Off | Deferred Pay | Balloon | Balloon | Date |



| Reported Update 06/30/2023 | Amount $19,965 | Past Due | Payment 06/2023 | Amount $555 | Amount $555 | Delinquency | Activity 06/2023 | Del. 1st Reported | Amount | Start Date | Pay Amount | Pay Date | Closed |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $19,965 | $555 | $555 | 06/01/2023 | $36,304 | | | Auto | |
| 05/23 | $20,412 | $555 | | 04/01/2023 | $36,304 | | | Auto | |
| 04/23 | $20,412 | $555 | $1,110 | 04/01/2023 | $36,304 | | | Auto | |
| 03/23 | $21,316 | $555 | | 02/01/2023 | $36,304 | | | Auto | |
| 02/23 | $21,316 | $555 | $1,110 | 02/01/2023 | $36,304 | | | Auto | |
| 01/23 | $21,771 | $555 | $555 | 01/01/2023 | $36,304 | | | Auto | |
| 12/22 | $22,211 | $555 | $555 | 12/01/2022 | $36,304 | | | Auto | |
| 11/22 | $22,603 | $555 | $555 | 11/01/2022 | $36,304 | | | Auto | |
| 10/22 | $23,048 | $555 | | 09/01/2022 | $36,304 | | | Auto | |
| 09/22 | $23,048 | $555 | $1,110 | 09/01/2022 | $36,304 | | | Auto | |
| 08/22 | $23,519 | $555 | $555 | 08/01/2022 | $36,304 | | | Auto | |
| 07/22 | $23,980 | $555 | $555 | 07/01/2022 | $36,304 | | | Auto | |
| 06/22 | $24,451 | $555 | $555 | 06/01/2022 | $36,304 | | | Auto | |
| 05/22 | $24,822 | $555 | | 04/01/2022 | $36,304 | | | Auto | |
| 04/22 | $24,822 | $555 | $1,660 | 04/01/2022 | $36,304 | | | Auto | |
| 03/22 | $25,290 | $555 | $1,105 | 03/01/2022 | $36,304 | | | Auto | |
| 02/22 | $26,184 | $555 | $555 | 01/01/2022 | $36,304 | | | Auto | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/22 | $26,184 | $555 | $1,110 | 01/01/2022 | $36,304 | | | Auto | |
| 12/21 | $27,095 | $555 | | 11/01/2021 | $36,304 | | | Auto | |
| 11/21 | $27,095 | $555 | $555 | 11/01/2021 | $36,304 | | | Auto | |
| 10/21 | $27,518 | $555 | $555 | 09/30/2021 | $36,304 | | | Auto | |
| 09/21 | $27,949 | $555 | $1,110 | 09/01/2021 | $36,304 | | | Auto | |
| 08/21 | $28,375 | $555 | $555 | 08/01/2021 | $36,304 | | | Auto | |
| 07/21 | $28,792 | $555 | $555 | 07/01/2021 | $36,304 | | | Auto | |

**LEGACY COMMUNITY FED CU    1400 20th St S Birmingham AL 352054914 : 2059339933**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0032 | 05/15/2019 | $2,515 | $2,500 | | Monthly | 49 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2023 | $2,461 | | 06/2023 | $73 | $150 | | 07/2023 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/23 | $2,515 | $164 | | 05/01/2023 | $2,515 | $2,500 | | Credit Card | |
| 05/23 | $2,422 | $73 | $74 | 05/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 04/23 | $2,466 | $74 | $76 | 04/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 03/23 | $2,511 | $87 | $74 | 03/01/2023 | $2,511 | $2,500 | | Credit Card | |
| 02/23 | $2,459 | $74 | $58 | 02/01/2023 | $2,459 | $2,500 | | Credit Card | |



| Historical Account Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 01/23 | $1,900 | $58 | $45 | 01/01/2023 | $1,900 | $2,500 | | Credit Card | |
| 12/22 | $1,471 | $45 | $44 | 12/01/2022 | $1,510 | $2,500 | | Credit Card | |
| 11/22 | $1,441 | $44 | $44 | 11/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 10/22 | $1,435 | $44 | $44 | 09/30/2022 | $1,510 | $1,500 | | Credit Card | |
| 09/22 | $1,457 | $44 | $42 | 09/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 08/22 | $1,383 | $42 | $46 | 08/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 07/22 | $1,408 | $43 | $93 | 07/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 06/22 | $1,420 | $43 | $50 | 05/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 05/22 | $1,337 | $41 | $141 | 04/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 04/22 | $1,425 | $84 | | 03/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 03/22 | $1,364 | $41 | $70 | 03/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 02/22 | $1,412 | $43 | $50 | 02/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 01/22 | $1,425 | $43 | $50 | 01/01/2022 | $1,510 | $1,500 | | Credit Card | |
| 12/21 | $1,454 | $44 | $50 | 11/01/2021 | $1,510 | $1,500 | | Credit Card | |
| 11/21 | $1,449 | $44 | $50 | 11/01/2021 | $1,510 | $1,500 | | Credit Card | |
| 10/21 | $1,436 | $44 | $50 | 09/01/2021 | $1,510 | $1,500 | | Credit Card | |
| 09/21 | $1,321 | $40 | $123 | 09/01/2021 | $1,510 | $1,500 | | Credit Card | |
| 08/21 | $1,397 | $42 | $50 | 07/01/2021 | $1,510 | $1,500 | | Credit Card | |
| 07/21 | $1,437 | $44 | $32 | 07/01/2021 | $1,510 | $1,500 | | Credit Card | |

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Historical Account Information**

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that do not Impact your credit rating/score.*
*These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.*

**Company Information - Prefix Descriptions:**

| | |
|---|---|
| AM OR AR - | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. |
| CAR RENT - | Inquiries with this prefix are from rental car companies regarding debit card payment acceptance. |
| COLLECT - | Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt. |
| CONS RPT - | Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product. |
| DDA - | Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account. |
| EMPL OR ND EMPL - | Inquiries with this prefix indicate an employment inquiry. |
| EQUIFAX OR EFX - | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request. |
| FIN PLAN - | Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning. |
| INS - | Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes. |
| MEDICAL - | Inquiries with this prefix are from medical service providers. |
| ND - | Inquiries with this prefix are general inquiries that do not display to creditor grantors. |
| ND MR - | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. |
| NON APPL - | Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant. |
| PR - | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. |
| PREQAUTO - | Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease. |
| PREQCARD - | Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.. |
| PREQCOMM - | Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services. |
| PREQHE - | Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit. |
| PREQIL - | Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity. |
| PREQINS - | Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote. |
| PREQMTG - | Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan. |
| PREQOD - | Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit. |
| PREQ - | Inquiries with this prefix are used when you have provided consent to for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services. |
| PRM - | Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance. |

(Continued On Next Page)
000000224-DISC

Page 16 of 22

3203544815-AZ5-0c34010a000009f7-07212023


REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| CREDIT KARMA<br>760 MARKET ST FL 5 SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | 07/16/2023 |
| PENTIUS, INC<br>1201 N ORANGE ST STE 7382 WILMINGTON DE 19801-1286  Phone: 8558253778 | 06/20/2023 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 07/14/2023 07/09/2023 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-2401  Phone: 8009350572 | 07/15/2023 |
| CHOICEPOINT<br>1000 Alderman Dr Insurance P&C Underwriting Alpharetta GA 300054101  Phone: 8008312578 | 05/25/2022 |
| EQUIFAX<br>PO Box 740241 Atlanta GA 303740241  Phone: 8006851111 | 06/25/2023 06/01/2023 02/11/2022 |
| PENTIUS, INC<br>1201 N ORANGE ST STE 7382 WILMINGTON DE 19801-1286  Phone: 8558253778 | 06/20/2023 |
| COMENITY BANK<br>3095 LOYALTY CIR COLUMBUS OH 43219-3673  Phone: 1111111111 | 07/11/2023 |
| EQUIFAX, INC.<br>1550 PEACHTREE ST NW ATLANTA GA 30309-2402  Phone: 6785450506 | 06/25/2023 |
| NAVY FCU<br>820 FOLLIN LN SE VIENNA VA 22180-4907  Phone: 7032063720 | 06/27/2023 |

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

○ **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

○ **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  ○ a person has taken adverse action against you because of information in your credit report;
  ○ you are the victim of identity theft and place a fraud alert in your file;
  ○ your file contains inaccurate information as a result of fraud;
  ○ you are on public assistance;
  ○ you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

○ **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

○ **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

○ **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

○ **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

○ **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

○ **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

○ **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

○ The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

○ **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

○ **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P. O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file?*

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance?*

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## Facts You Should Know

○ The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:     Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:     Remain for up to 7 years from the date filed, except:
Bankruptcy – Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy – Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:     Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

### Additional Notice to Consumer:

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

---

000000224 01765 0011-0011 DECI0000072232093562 00 L 00000224



# **EQUIFAX**   *RESEARCH REQUEST FORM*

**You may initiate an investigation request via the internet at  www.equifax.com/personal/disputes .  To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374
(888) EQUIFAX, (888) 378-4329

**Email Address (please print clearly):** _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**   Yes      No

| *Confirmation Number:* **3203544815** |
|---|

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states.To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** DAMEION KENNEDY                                 **SSN #:**  XXX-XX-7306
                                                          **DOB:** January 05, 1991

**Current Address:** 5821 COUNTRY MEADOW DR, Gardendale, AL 35071

**Previous Address(es):**      4329 WINCHESTER HILLS DR, BIRMINGHAM,
                               AL 35215
                               1812 MATTHEWS AVE, BESSEMER, AL 35020

**Daytime Phone Number**                                  **Evening Phone Number**

**List other names which you have used for credit in the past**

**Credit Account Information**

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

**Credit Account Information**

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

**Credit Account Information**

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

**Company Name** _____ **Account Number** _____

Reason for investigation:  ☐ Not Mine    ☐ Paid in Full    ☐ Current/Previous Payment Status Incorrect    ☐ Account Closed
☐ Other (Please explain)

0000000224 01768 0011-0011 0EC0100007223093562 00 L 00000224

*** 313587621-043 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/17/2023

Information for Good.

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

PIGVIH00200012-I000133-110163574

DAMEION RASHAD KENNEDY
5821 COUNTRY MEADOW DR
GARDENDALE, AL 35071-2252

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

If you are experiencing a financial hardship related to the COVID-19 pandemic, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

# TransUnion Credit Score

DAMEION RASHAD KENNEDY



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>08/17/2023 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



| File Number: | 313587621 |
| Date Issued: | 08/17/2023 |

## Personal Information

You have been on our files since 03/17/2009

SSN: XXX-XX-7306

Date of Birth: 01/05/1991

**Names Reported:** DAMEION RASHAD KENNEDY and DAMEION KENNADY

### Addresses Reported:

| Address | Date Reported |
| --- | --- |
| 5821 COUNTRY MEADOW DR, GARDENDALE, AL 35071-2252 | 09/15/2020 |

### Telephone Numbers Reported:

(205) 718-5464

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Accounts with Adverse Information

### COMENITYBANK/KAY JEWELERS #778850400890**** ( 3095 LOYALTY CIRCLE, BUILDING A, COLUMBUS, OH 43219, Phone number not available )

| | | |
| --- | --- | --- |
| Date Opened: 07/27/2018 | Date Updated: 08/11/2023 | Pay Status: ›Account 30 Days Past Due Date‹ |
| Responsibility: Individual Account | Payment Received: $0 | Terms: $52 per month, paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 06/01/2023 | ›Maximum Delinquency of 30 days in 05/2023 |
| Loan Type: CHARGE ACCOUNT | | for $93 and in 08/2023 for $95‹ |

**High Balance:** High balance of $1,650 from 07/2023 to 08/2023
**Credit Limit:** Credit limit of $1,600 from 07/2023 to 08/2023
**Estimated month and year that this item will be removed:** 07/2030

| | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Balance | $1,464 | $1,387 | | | | | | | | | | |
| Scheduled Payment | $52 | $49 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | $95 | $0 | | | | | | | | | | |
| Rating | 30 | OK | OK | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | X | X | X | X | X | X | X | X | X | X | X |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | X | X | X | X | X | X | X | X | X |

### NAVY FEDERAL CR UN #37955000955**** ( POB 3700, MERRIFIELD, VA 22119-3700, (888) 842-6328 )

| | | |
| --- | --- | --- |
| Date Opened: 06/15/2021 | Balance: $7,078 | Pay Status: ›Account 120 Days Past Due Date‹ |
| Responsibility: Individual Account | Date Updated: 08/04/2023 | Terms: $71 per month, paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 05/03/2023 |
| Loan Type: CREDIT CARD | Last Payment Made: 01/31/2023 | ›Maximum Delinquency of 120 days in 07/2023 |
| | High Balance: $7,078 | and in 08/2023 for $705‹ |
| | Credit Limit: $7,000 | |
| | Past Due: ›$705‹ | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR
**Estimated month and year that this item will be removed:** 02/2030

## To dispute online go to: http://transunion.com/disputeonline

Page: 2 of 5

Consumer Credit Report for BENJAMIN RASHAD KENNEDY   Document 1   Filed 11/07/22   File Number 313987623   Page 82 of 85   Date Issued: 08/17/2023

| | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2021 |
|---|---|
| Rating | OK |

## Satisfactory Accounts

### AMERICAS FIRST CREDIT UN #63147**** (1200 4TH AVE N, BIRMINGHAM, AL 35203-1631, (205) 320-4000)

**Date Opened:** 09/16/2019
**Responsibility:** Joint Account
**Account Type:** Installment Account
**Loan Type:** AUTOMOBILE

**Balance:** $19,965
**Date Updated:** 06/30/2023
**Payment Received:** $555
**Last Payment Made:** 06/01/2023
**High Balance:** $36,304

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $555 per month, paid Monthly for 75 months

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### GUILD MORTGAGE COMPANY #744100**** (5887 COPLEY DR, SAN DIEGO, CA 92111, (800) 365-4441)

**Date Opened:** 09/10/2020
**Responsibility:** Joint Account
**Account Type:** Mortgage Account
**Loan Type:** CONVENTIONAL REAL ESTATE MTG

**Date Updated:** 07/31/2023
**Payment Received:** $1,742
**Last Payment Made:** 07/28/2023

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $1,742 per month, paid Monthly for 360 months

**High Balance:** High balance of $319,500 from 02/2021 to 04/2022; $319,500 from 06/2022 to 07/2023
**Mortgage Info:** Fannie Mae Acct #4021749721

| | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $301,033 | $301,616 | $302,198 | $302,778 | $303,356 | $303,934 | $304,509 | $305,083 | $305,656 | $306,227 | $306,797 | $307,365 |
| Scheduled Payment | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 |
| Amount Paid | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,742 | $1,803 | $2,008 | $2,008 | $2,128 | $2,128 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $307,932 | $308,497 | | $309,623 | $310,184 | $310,744 | $311,302 | $311,858 | $312,413 | $312,967 | $313,519 | $314,070 |
| Scheduled Payment | $2,128 | $2,128 | | $2,128 | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |
| Amount Paid | $2,128 | $2,128 | | $2,128 | $2,128 | $2,128 | $2,128 | $1,918 | $1,918 | $1,918 | $1,918 | $1,918 |
| Past Due | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $314,619 | $315,167 | $315,714 | $316,259 | $316,802 | $317,345 | | | | |
| Scheduled Payment | $1,918 | $1,918 | $2,059 | $2,059 | $2,059 | $2,059 | | | | |
| Amount Paid | $1,918 | $1,918 | $2,059 | $2,059 | $2,059 | $2,059 | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Rating | OK | OK | OK | OK | OK | OK | | OK | | OK |

### LEGACY COMMUNITY FCU #429625200012**** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

**Date Opened:** 05/15/2019
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 08/10/2023
**Payment Received:** $152
**Last Payment Made:** 08/09/2023

**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $70 per month, paid Monthly

**High Balance:** High balance of $2,515 from 07/2023 to 08/2023
**Credit Limit:** Credit limit of $2,500 from 07/2023 to 08/2023

| | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,328 | $2,461 | | | | | | | | | | |
| Scheduled Payment | $70 | $150 | | | | | | | | | | |
| Amount Paid | $152 | $73 | | | | | | | | | | |
| Past Due | $0 | $0 | | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DAMEION RASHAD KENNEDY

File Number: 313587621  Date Issued: 08/17/2023

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**LEGACY COMMUNITY FCU #429625200011****** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

| | |
|---|---|
| Date Opened: 05/15/2019 | |
| Responsibility: Individual Account | |
| Account Type: Revolving Account | |
| Loan Type: CREDIT CARD | |

Balance: $0
Date Updated: 12/10/2020
Payment Received: $0
Last Payment Made: 11/02/2020
High Balance: $1,510
Credit Limit: $1,500

Pay Status: Paid, Closed; was Paid as agreed
Terms: Paid Monthly
Date Closed: 12/08/2020

Remarks: CREDIT CARD LOST OR STOLEN; CLOSED

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

**LEGACY COMMUNITY FCU #429625200010****** (PO BOX 55377, BIRMINGHAM, AL 35255-5377, (205) 930-5000)

Date Opened: 05/15/2019
Responsibility: Individual Account
Account Type: Revolving Account
Loan Type: CREDIT CARD

Balance: $0
Date Updated: 04/09/2020
Payment Received: $0
Last Payment Made: 02/11/2020
High Balance: $1,510
Credit Limit: $1,500

Pay Status: Current; Paid or Paying as Agreed
Terms: Paid Monthly
Date Closed: 04/06/2020

Remarks: CREDIT CARD LOST OR STOLEN

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Promotional Inquiries

**CCCONNECT/TLS/BALANCE CR** (33 NORTH LASALLE STREET, SUITE 800, CHICAGO, IL 60602, (855) 942-0252)
Requested On: 07/10/2023

**GRANITE BAY ACCEPTANCE C** (1781 VINEYARD DR. #222, ANTIOCH, CA 94509, (925) 208-0907)
Requested On: 04/28/2023, 09/26/2022

## Account Review Inquiries

**DAMEION KENNEDY via TUCI - LENDING TREE** (100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816)
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/15/2023, 08/09/2023, 08/02/2023, 07/26/2023, 07/19/2023, 07/12/2023, 07/05/2023, 06/28/2023, 06/21/2023

**791661654 via TRANSUNION INTERACTIVE** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392)
Permissible Purpose: CREDIT MONITORING
Requested On: 08/15/2023, 08/06/2023, 07/06/2023, 06/13/2023, 06/07/2023, 05/17/2023, 05/07/2023, 04/06/2023

**TRANSUNION CONSUMER INTE** (760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816)
Permissible Purpose: CREDIT MONITORING
Requested On: 08/12/2023

**DAMEION KENNEDY via KARMATRANSUNION INTERACT** (100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816)
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/07/2023

**DAMEION KENNEDY via TRANSUNION INTERACTIVE** (100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392)
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/03/2023, 07/01/2023, 06/01/2023, 04/28/2023, 03/24/2023, 02/20/2023, 12/27/2022, 11/20/2022, 10/20/2022, 08/11/2022

**LEGACY COMMUNITY FCU** (1400 SOUTH 20TH STREET, BIRMINGHAM, AL 35205, (205) 930-5000)
Requested On: 07/24/2023

**CONSUMERINFO.COM** (475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742)
Requested On: 07/23/2023, 07/09/2023, 06/25/2023

**WEBBANKKLARNA** (629 N HIGH ST, STE 300, COLUMBUS, OH 43215, (844) 552-7621)
Requested On: 07/22/2023

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for DAMEION RASHAD KENNEDY                                    File Number: 313587621  Date Issued: 08/17/2023

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 06/21/2023

**QUINSTREET** ( 950 TOWER LANE, FOSTER CITY, CA 94404, (650) 578-7700 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 06/20/2023

## Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: TRANSUNION CONSUMER INTE
Requested on: 7/05/2023
Credit Inquiries in the Last Year: 4
Credit Inquiries in the Last 3 Years: 4
Payday Inquiries in the Last 3 Years: 2
Other Credit Inquiries in the Last 2 years: 2
Other Credit Inquiries in the Last 3 Years: 2
Days Since Most Recent Inquiry by Payday Lender: 44
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 4

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION
Data Source: Teletrack (PO Box 740008, Atlanta, GA 30374, (877)309-5226)
Requested by: NAVY FCU
Requested on: 06/15/2021
Auto Finance Inquiries in the Last 3 Months: 0
Auto Finance Inquiries in the Last 6 Months: 0
Auto Finance Inquiries in the Last 9 Months: 0
Auto Finance Inquiries in the Last 12 Months: 0
Auto Finance Inquiries in the Last 24 Months: 0
Auto Finance Inquiries in the Last 7 Years: 3
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 7 Years: 0
Misc Financial Services in the Last 7 Years: 0
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 0
Rent-to-Own Inquiries in the Last 9 Months: 0
Rent-to-Own Inquiries in the Last 12 Months: 0
Rent-to-Own Inquiries in the Last 24 Months: 0
Rent-to-Own Inquiries in the Last 7 Years: 0
All Alternative Credit Inquiries in the Last 3 months: 0
All Alternative Credit Inquiries in the Last 6 Months: 0
All Alternative Credit Inquiries in the Last 24 Months: 0
All Alternative Credit Inquiries in the Last 7 Years: 3
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0

**To dispute online go to: http://transunion.com/disputeonline**

P IGVIH-002 00012-I000138 06/12

All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0

*SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION*
Requested by: TRANSUNION CONSUMER INTE
Requested on: 07/05/2023
Total Tax Amount: $2,066
Land Mass in Acres: 2.96
Building Size in Square Feet: 7239
Total Land Mass in Square Feet: 128938
Assessed Land Value: $0
Assessed Improvement Value: $0
Total Assessed Value of the Land and Improvements: $45,960
Market Improvement Value: $375,100
Total Market Value of the Land and Improvements: $459,600
Improvement Value: $375,100
Real Estate Sale Price: $355,000
Home Equity Loans: 0
Home Equity Loan Amount: $0
Refinance or Equity Fixed Mortgages in Last 24 Months: 0
Conventional Mortgages recorded in the Last 24 Months: 0
FHA Mortgage Loans Recorded: 0
First Mortgage Amount: $319
Interest Rate on Most Recent Mortgage: 0.00
Loan Term of Most Recent Mortgage (in Months): 360
Foreclosure: No

# Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).