FILED
2024 Jan-04 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAMEION RASHAD KENNEDY, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 2:23-cv-01510-NAD |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., TRANS ) | |
| UNION, and EQUIFAX ) | |
| INFORMATION SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DIMISS PLAINTIFF'S COMPLAINT

Defendants Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services, LLC, by and through their attorneys, hereby respectfully submit this Joint Motion to Dismiss the Complaint filed by Plaintiff Dameion Rashad Kennedy. In support thereof, Defendants submits the attached memorandum.

Dated: January 4, 2024 Respectfully submitted,

*/s/ Archibald T. Reeves, IV*
Archibald T. Reeves, IV
areeves@mcdowellknight.com
McDowell Knight Roedder & Sledge
11 North Water Street, 13th Floor
Battle House Tower
Mobile, Alabama 36602
Telephone: (251) 432-5300
Facsimile:  (251) 432-5303
*Attorney for Defendant Trans Union, LLC*

Dated: January 4, 2024 Respectfully submitted,

*/s/ L. Jackson Young, Jr. w/ permission*
L. Jackson Young, Jr.
ASB-7946-G65L
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama  35203
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
E-mail:  LJYoung@csattorneys.com
*Attorney for Defendant Experian Information Solutions, Inc.*

Dated: January 4, 2024                    Respectfully submitted,


                                          */s/ Brock Phillips w/ permission*
                                          Brock Phillips
                                          Maynard Nexsen PC
                                          1901 6th Avenue North, Suite 2400
                                          Birmingham, Alabama 35203
                                          Telephone: 205.254.1981
                                          Facsimile: 205.254.1999
                                          Email: bphillips@maynardnexsen.com

                                          *Attorney for Defendant Equifax*
                                          *Information Services, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Brock Phillips<br>bphillips@maynardnexsen.com<br>Maynard Nexsen PC<br>Labor & Employment Group<br>1901 6th Avenue North<br>Suite 2400<br>Birmingham, AL 35203<br>(205) 254-1981<br>(205) 254-1999 Fax<br>***Counsel for Equifax Information Services LLC*** | L. Jackson Young, Jr.<br>LJYoung@csattorneys.com<br>CHRISTIAN & SMALL, LLP<br>505 20th Street North, Suite 1800<br>Birmingham, Alabama  35203<br>Telephone:  (205) 795-6588<br>Facsimile:  (205) 328-7234<br>***Counsel for Defendant Experian Information Solutions, Inc.*** |

I further certify that a have mailed by United States Postal Service the above foregoing document to the following non-CM/ECF participants:

Dameion Rashad Kennedy
P.O. Box 1545
Gardendale, AL 35071
dkennedy0191@gmail.com
and
5821 Country Meadow Drive
Gardendale, AL 3507
***Plaintiff Pro Se***

 

       */s/ Archibald T. Reeves, IV*
       **ARCHIBALD T. REEVES, IV**