# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAMEION RASHAD KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:23-cv-01510-NAD |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 7, 2023, Plaintiff Dameion Rashad Kennedy filed a complaint against Defendants Experian Information Solutions, Inc., Trans Union, and Equifax Information Services, LLC.  Doc. 1.  On January 4, 2024, Defendants filed a joint motion to dismiss the complaint.  Doc. 9.  The parties then were ordered to enter their elections regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) by no later than **February 20, 2024**.  Doc. 14.

This case also was set for a telephone conference on January 25, 2024.  Doc. 14.

Plaintiff Kennedy did not appear for that telephone conference.  *See* minute entry, entered: 01/25/2024.

Defendants "Joint Motion To Stay Discovery Pending Their Joint Motion To Dismiss" (Doc. 18, January 19, 2024) is **GRANTED IN PART**.  In light of the

1

pending motion to dismiss (Doc. 9), all discovery—including the parties' obligations to conduct a Rule 26(f) planning conference, exchange initial disclosures, and file a Rule 26(f) report of the parties' planning meeting, *see* Doc. 15—is **STAYED** until all of the parties have entered their elections regarding magistrate judge jurisdiction. After all parties have made their elections, either the undersigned or a district judge will decide whether to stay discovery until the pending motion to dismiss is resolved.

In addition, Kennedy's "Motion For Extension Of Time" (Doc. 19, filed January 22, 2024) is **GRANTED**. Kennedy's response to the motion to dismiss is due on or before **February 19, 2024**. Defendants' reply brief(s), if any, are due on or before **March 4, 2024**.

**DONE** and **ORDERED** this January 25, 2024.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE